# EXHIBIT LIST

1. MY 2021 Lincoln Corsair brochure
2. MY 2021 Lincoln Aviator brochure
3. MY 2021 Ford Explorer Brochure
4. MY 2020 Ford Explorer Brochure
5. Fatalities and Injuries in Motor Vehicle Backing Crashes: Report to Congress, NHTSA Technical Report DOT HS 811 144
6. NHTSA Part 573 Safety Recall Report 21V-735, September 23, 2021, https://static.nhtsa.gov/odi/rcl/2021/RCLRPT-21V735-6073.PDF
7. https://static.nhtsa.gov/odi/rcl/2021/RCMN-21V735-2097.pdf
8. https://static.nhtsa.gov/odi/rcl/2021/RCAK-21V735-3681.pdf
9. https://static.nhtsa.gov/odi/rcl/2021/RCMN-21V735-9800.pdf
10. Recalls, "2020-2021 aviator, explorer, CORSAIR-REAR/360 camera ipmb blue screen" https://www.ford.com/support/recalls-details/explorer/2020/
11. https://static.nhtsa.gov/odi/rcl/2023/RMISC-23V022-0503.pdf
12. https://static.nhtsa.gov/odi/rcl/2023/RCLRPT-23V022-4349.PDF
13. https://static.nhtsa.gov/odi/rcl/2023/RCLRPT-23V342-5988.PDF
14. https://www.ford.com/support/how-tos/recall/recalls-and-faqs/2020-2023-ford-explorer-camera-blue-screen-recall/#:~:text=Recall%20Reference%20Number%3A%2023S23,root%20cause%20of%20blue%20screen.
15. Lincoln Warranty Information, Warranty Quick Guide, "New Vehicle Limited Warranty"