# Exhibit 1



2021 CORSAIR



## Always begin on a bright note.

Expressive from every angle, the 2021 Lincoln Corsair combines spirited agility with responsive adaptability for an exciting ride. Each time you approach, Corsair greets you with a warm embrace. Lincoln Signature Lighting glows beneath the headlamps, while illuminated welcome mats and backlit door handles extend an invitation. Within the airy 5-passenger interior, luxurious amenities and serene quietness await. You'll also enjoy unique elements like an illuminated Lincoln Star logo shining down on the center console, and beautiful chimes orchestrated by a world-renowned symphony. Chart an exhilarating course for your future in Corsair.

U.S. Lincoln Accessories wheel shown. Vehicle imagery throughout this brochure may have been created digitally.

2021 CORSAIR | LINCOLN

TURBOCHARGE YOUR DAY

The standard 250-horsepower[1] turbocharged 2.0-liter I-4 paired with the 8-speed and your choice of front-wheel drive (FWD)[2] or Intelligent AWD[2] provides you the exhilarating ride that you're looking for. You'll be treated to smooth and effortless acceleration, plus hug-the-road performance, for an energetic and seemingly frictionless driving experience.



DISCOVER YOUR INNER PEACE

Imagine a space where the sights and sounds you experience gracefully harmonize, offering you a new path to tranquility. Corsair is designed to be that place. An Integral Bush Rear Suspension is designed to absorb impact and vehicle body motion in a way that helps make driving over most obstacles and road conditions as comfortable as possible. Plus, with sound-dampening materials and Active Noise Control, your driving space becomes a place of serenity and repose. Welcome to your personal Zen garden.

U.S. Lincoln Accessories wheel shown. [1]Horsepower ratings based on premium fuel per SAE J1349® standard. Your results may vary. [2]Availability varies by market.

2021 CORSAIR  LINCOLN








THRIVE WITH LINCOLN DRIVE MODES

Corsair puts the power to adapt right at your fingertips. Simply turn the knob to choose a Lincoln Drive Mode, and the system adjusts traction control, steering and pedal response, available Intelligent AWD[1] and available adaptive suspension settings, even the sound of the engine, to help provide a remarkable driving experience.

[1]Availability varies by market.

2021 CORSAIR                                                                                       LINCOLN



### STANDARD LINCOLN CO-PILOT360™

AUTO HIGH-BEAM HEADLAMPS

BLIND SPOT DETECTION
WITH CROSS-TRAFFIC ALERT

LANE-KEEPING SYSTEM

PRE-COLLISION ASSIST
WITH AUTOMATIC EMERGENCY BRAKING

REAR VIEW CAMERA

### JOURNEY WITH CONFIDENCE

Our extensive collection of available driver-assist technologies[1] utilizes a network of sensors and sophisticated cameras to offer you support during many scenarios. These advanced features are all aimed at helping you feel confident and in control.

### AVAILABLE LINCOLN CO-PILOT360 PLUS

360-DEGREE CAMERA
WITH FRONT AND REAR CAMERA WASHERS

ACTIVE PARK ASSIST PLUS

ADAPTIVE CRUISE CONTROL WITH TRAFFIC JAM ASSIST
COMBINED WITH STOP-AND-GO AND LANE CENTERING

EVASIVE STEERING ASSIST

FORWARD SENSING SYSTEM

REVERSE BRAKE ASSIST

[1]Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. It does not replace safe driving. See owner's manual for details and limitations.

2021 CORSAIR                                                                                                   LINCOLN



BROADEN YOUR HORIZONS

Sweeping cityscapes are only the beginning. The interior of Corsair is designed to enhance every view. Its dramatic horizontal lines are accentuated by details like available Pinstripe Aluminum or Paldao Wood. Relax in available Perfect Position front seats with Active Motion,® heated and ventilated settings, and 24-way adjustability. Then select from 5 massage settings with 3 intensity levels. Each time you return, Corsair can recall your Personal Profile settings.

2021 CORSAIR LINCOLN



**LINCOLN**
SYNC® 3

### CONNECT AND COMMAND

SYNC 3 voice-activated technology[1] connects your tech with your Corsair, and puts you in control of calls, music and more with the tap of a button on your steering wheel and simple voice commands. You can also tap or swipe the stunning 8" touchscreen. To see your phone's familiar interface on the large screen, you can take advantage of compatibility with Apple CarPlay®[2] for your iPhone.® It is also compatible with Android Auto.™[2]

### NAVIGATION STATION

Locating a point of interest or simply receiving turn-by-turn directions begins with just the press of a button. Then, the available Touchscreen Navigation System[3] helps direct you to wherever you want to go. Plus, the pinch-to-zoom touchscreen feature lets you get an up-close perspective.



### ENGAGE WITH DYNAMIC AUDIO

The available Revel® Audio System experience allows you to choose your level of immersion with personalized listening modes like "Stereo," "Audience" and "On Stage." In every mode, outstanding, multi-dimensional sound is delivered courtesy of 14 carefully placed speakers, advanced cabin correction tuning, QuantumLogic® Surround sound technology, and Revel Waveguides. You won't just hear the level of precision and musical accuracy – you'll feel it.



Screen display varies by market.

Don't drive while distracted. Use voice-operated systems when possible; don't use handheld devices while driving. [1]Some features may be locked out while the vehicle is in gear. Not all features are compatible with all phones. Functionality varies by market. [2]Requires device with active data service and compatible software. SYNC 3 does not control 3rd-party products while in use. 3rd parties are solely responsible for their respective functionality. [3]Availability varies by market.

Apple, Apple CarPlay and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries. Google, Android, Android Auto and Google Play are trademarks of Google LLC. Requires the Android Auto app on Google Play and an Android compatible smartphone running Android™ 5.0 or higher. QuantumLogic, Revel and the Revel logo are trademarks of HARMAN International Industries, registered in the United States and other countries.

**2021 CORSAIR**  **LINCOLN**



THE TRAVELER'S OASIS

What is your idea of paradise? Serene beauty? Luxurious comfort? How about both and then some? Discover your own piece of paradise. An available power, panoramic Vista Roof® with power sunshade lets you increase the feeling of spaciousness, while filling the interior cabin with copious amounts of sunlight at the push of a button. Go ahead, discover your escape.

2021 CORSAIR

LINCOLN

EXPAND YOUR TRAVELS

Whether you're making the most of some alone time or sharing a journey with friends, Corsair offers the functionality and flexibility you need to optimize every experience. Slide the rear seats forward to take advantage of up to 781 liters[1] of rear cargo space. That's enough room to carry 4 large suitcases,[2] while still seating 4 of your friends. And when the need arises, fold the rear seat backs down by pressing the available EasyFold®[2] release buttons, and you'll have up to 1,631 liters[1] of space to fill. Corsair even offers you effortless access to the cargo area, raising its available hands-free liftgate with just a kick of your foot beneath the rear bumper.





[1]781 liters of max. cargo volume behind rear seats on Corsair trim; 764 on Reserve. 1,631 liters of max. cargo volume behind front seats on Corsair trim; 1,583 on Reserve. [2]Cargo and load capacity limited by weight and weight distribution.

2021 CORSAIR                                                                 LINCOLN

### YOU-FOCUSED TECHNOLOGY

Customize the details you want to see on the available Head-Up Display,[1] from driving information to available Adaptive Cruise Control settings and more. To the right of the Vision steering wheel, you'll find illuminated buttons for your music, phone and more to help guide your preferences. There's even an available wireless charging pad[2] inside the center console. Corsair is completely designed for how you drive in life.





Screen display varies by market.








Some features shown are not available in all markets.

[1]Don't drive while distracted. See owner's manual for details and system limitations. [2]Qi wireless charging may not be compatible with all mobile phones.

2021 CORSAIR | LINCOLN

Case 2:23-cv-12312-SFC-APP   ECF No. 1-2, PageID.104   Filed 09/12/23   Page 12 of 17

MINIMAL IS MORE

Sweeping brushstrokes of strikingly simple color in the available Monochromatic Package fully embody the dramatic flair of the Lincoln Corsair. Choose from a trio of options – Pristine White, Infinite Black, or Asher Gray. Each fashionable hue is designed to lead your eyes from the elegant horizontal lines down to the 20" black aluminum wheels. It's a work of singular art, from head to toe.



2021 CORSAIR

LINCOLN

## ENGINES

### Turbocharged 2.0-liter I-4

with Auto Start-Stop Technology
250 hp @ 5,500 rpm[1]
280 lb.-ft. of torque @ 3,000 rpm[1]

Corsair/Corsair Reserve
STANDARD: **FWD** (Aruba and Dominican Republic only)
STANDARD: **AWD** (Panama only)
OPTIONAL: **AWD** (Aruba and Dominican Republic only)

## DIMENSIONS (mm)

|  |  | CORSAIR | CORSAIR RESERVE |
|---|---|---|---|
| WHEELBASE | | 2,711 | |
| LENGTH | | 4,587 | |
| HEIGHT | | 1,629 | 1,631 |
| WIDTH | Including mirrors | 2,108 | 2,123 |
| | Mirrors folded | 1,936 | 1,941 |
| HEAD ROOM | | 1,004 front / 982 rear | 976 front / 975 rear |
| LEG ROOM (max.) | | 1,097 front / 981 rear | 1,087 front / 972 rear |
| HIP ROOM | | 1,412 front / 1,290 rear | |
| SHOULDER ROOM | | 1,451 front / 1,431 rear | 1,444 front / 1,431 rear |
| CARGO VOLUME (liters) | | | |
| | Behind seats | 1,631 front / 781 (max.) rear | 1,583 front / 764 (max.) rear |
| FUEL TANK (liters) | | 61 | |



**FORD GENUINE PARTS & SERVICE** Keep your vehicle in optimum operating condition with scheduled maintenance service. Ford and Lincoln Dealership technicians know your vehicle inside and out. They are continuously trained by Ford Motor Company and the parts they use are specifically designed for your vehicle.

**DELIVERING ON THE COMMITMENT** Lincoln is committed to providing you with the best ownership experience. We have ensured that your vehicle underwent an exhaustive inspection process in order to fulfill our promise to you of a high performance vehicle. Because we took the time to guarantee that your driving needs are met, all you have to do is sit back and enjoy the classic Lincoln elegance, features and benefits which truly make Lincoln an award-winning luxury vehicle.

Comparisons based on competitive models (class is Luxury Small Utilities based on Lincoln segmentation), publicly available information and Ford certification data at time of release. Vehicles may be shown with optional equipment which may or may not be available in your market. Features may be offered only in combination with other options or subject to additional ordering requirements/limitations. Dimensions shown may vary due to optional features and/or production variability. Information is provided on an "as is" basis and could include technical, typographical or other errors. Ford makes no warranties, representations, or guarantees of any kind, express or implied, including but not limited to, accuracy, currency, or completeness, the operation of the information, materials, content, availability, and products. Ford reserves the right to change product specifications, pricing and equipment at any time without incurring obligations. Your Ford or Lincoln Dealer is the best source of the most up-to-date information on Ford and Lincoln vehicles.

©2021 Lincoln

[1]Horsepower and torque ratings based on premium fuel per SAE J1349® standard. Your results may vary.



**STANDARD FEATURES**

### PERFORMANCE & HANDLING

8-speed SelectShift® automatic transmission

Active Grille Shutters

Electric parking brake

Integral Bush Rear Suspension

Lincoln Drive Modes: Normal, Conserve, Excite, Slippery and Deep Conditions

Torque Vectoring Control

### LINCOLN CO-PILOT360™

Auto High-Beam Headlamps

Blind Spot Detection with Cross-Traffic Alert

Lane-Keeping System (includes Lane-Keeping Assist, Lane-Keeping Alert and Driver Alert System)

Pre-Collision Assist with Automatic Emergency Braking (AEB) (includes Pedestrian Detection, Forward Collision Warning and Dynamic Brake Support)

Rear View Camera

### DRIVER-ASSIST TECHNOLOGY

Auto Hold

Autolamp (Automatic On/Off Headlamps)

Hill Start Assist

Reverse Sensing System

### DRIVER CONTROLS

Dual-zone electronic automatic temperature control

Leather-wrapped steering wheel

Personal Profiles (memory settings for positions of driver's seat, sideview mirrors, audio, driver-assist features and displays)

Piano Key Shifter

Power windows with one-touch-up/-down feature and global open/close

Rear liftgate window defroster

Remote Start System

### EXTERIOR

Acoustic-laminate windshield

Chrome grille with chrome surround

Configurable daytime running lamps

Easy Fuel® capless fuel filler

LED headlamps, signature lighting and taillamps

Power-adjustable, autofold, heated sideview mirrors with black caps and memory

Rear spoiler

### LINCOLN EMBRACE

LED-illuminated exterior door handle pockets

Lincoln Approach Detection System

Lincoln logo illuminated welcome mats

Lincoln Signature Lighting

### CONNECTIVITY & ENTERTAINMENT

Rear-row USB ports (2 USB-A)

SYNC® 3 Enhanced Voice Recognition Communications and Entertainment System with 8" LCD capacitive touchscreen, Apple CarPlay® and Android Auto™ compatibility, and 2 smart-charging USB ports (1 USB-A and 1 USB-C)

### INTERIOR

12V powerpoints (2)

Active Noise Control

Comfort front seats with 10-way power adjustability including lumbar and driver's side memory feature

Heated front seats

Symphonic Chimes for vehicle information alerts

### SAFETY & SECURITY

Personal Safety System™ for driver and front passenger with dual-stage front airbags,[1] safety belt pretensioners, safety belt energy-management retractors, safety belt usage sensors, driver's seat position sensor, crash severity sensor, restraint control module and Front-Passenger Sensing System

AdvanceTrac® with RSC® (Roll Stability Control™)

Driver's knee airbag[1]

Front- and rear-seat side airbags[1]

Glove-box-door-integrated knee airbag[1]

Intelligent Access with push-button start

LATCH (Lower Anchors and Tether Anchors for Children)

MyKey® technology to help encourage responsible driving

Perimeter alarm

Safety Canopy® side-curtain airbags[1] with roll-fold technology and rollover sensor

SecuriCode™ invisible keypad

SecuriLock® Passive Anti-Theft System

SOS Post-Crash Alert System™

Tire Pressure Monitoring System (TPMS) (excludes spare)

[1]Always wear your safety belt and secure children in the rear seat.

**2021 CORSAIR**   LINCOLN

**TRIM SERIES**

**CORSAIR**
Equipment Collection 100A. Includes Standard Features, plus:

60/40 split-fold-flat sliding rear seat with recline

Lincoln Soft Touch Seats

Manual-tilt-/telescoping steering column

Power liftgate

Premium Audio System with AM/FM stereo, MP3 capability and 10 speakers

OPTIONS

**Equipment Collection 101A:** 18" bright-machined aluminum wheels with Dark-Tarnish finish, and **Convenience Package:** 60/40 sliding rear seat with recline and EasyFold® seat back release; Touchscreen Navigation System with pinch-to-zoom capability (Panama only); and ambient lighting

**Convenience Package**

**Elements Package:** Heated and ventilated front seats, heated rear outboard seats, heated steering wheel, rain-sensing windshield wipers and windshield wiper de-icer (requires Equipment Collection 101A)

**Lincoln Co-Pilot360™ Plus:** 360-Degree Camera with Front and Rear Camera Washers; Active Park Assist Plus; Adaptive Cruise Control with Traffic Jam Assist which includes Stop-and-Go and Lane Centering; Evasive Steering Assist; Forward Sensing System; and Reverse Brake Assist (requires Equipment Collection 101A)

**Premium Package:** 19" premium painted aluminum wheels; power, panoramic Vista Roof® with power sunshade; and premium leather-trimmed front seats (requires Equipment Collection 101A)

Cargo area protector

Front and rear floor liners (deletes standard carpeted floor mats)

Front and rear floor liners[1] (includes standard carpeted floor mats)

Intelligent all-wheel drive (AWD) (Aruba and Dominican Republic only)

Removable rear package tray

**CORSAIR RESERVE**
Equipment Collection 200A. Includes certain Corsair Features, plus:

12.3" configurable LCD instrument cluster

Ambient lighting

Auto-dimming, frameless rearview mirror

Bright roof-rack side rails

EasyFold rear seat back release

Hands-free liftgate

LED fog lamps

Power, panoramic Vista Roof with power sunshade

Power-tilt-/telescoping steering column with memory feature

Premium leather-trimmed seats

Revel® Audio System with 14 speakers

Sideview mirrors with integrated LED turn signal indicators and auto-dimming driver's side

Touchscreen Navigation System with pinch-to-zoom capability (Panama only)

OPTIONS

**Equipment Collection 201A: Elements Package** and **Lincoln Co-Pilot360 Plus**

Elements Package

Lincoln Co-Pilot360 Plus

**Monochromatic Package:** 20" black aluminum wheels and body-color upper grille, rocker panels, bumpers and badging (available exclusively with Infinite Black, Pristine White or Asher Gray)

**Technology Package:** Head-Up Display, media bin illuminated Lincoln Star, 2 additional rear-row USB ports (1 USB-A and 1 USB-C), jeweled LED headlamps with dynamic bending, and wireless charging pad (requires Equipment Collection 201A)

Adaptive suspension

Cargo area protector

Front and rear floor liners (deletes standard carpeted floor mats)

Front and rear floor liners[1] (includes standard carpeted floor mats)

Intelligent all-wheel drive (AWD) (Aruba and Dominican Republic only)

Perfect Position front seats with 24-way power adjustability including head restraints, plus Active Motion® massage functionality (requires Equipment Collection 201A)

Removable rear package tray

[1] Do not place additional floor mats or any other covering on top of the original floor mats.

**2021 CORSAIR**                                                                                                                             **LINCOLN**



18" Warm Alloy-Painted Aluminum
Standard: Corsair



18" Bright-Machined Aluminum with Dark-Tarnish Finish
Optional: Corsair
Included: Equipment Collection 101A



19" Premium Painted Aluminum
Included: Corsair with Premium Package



19" Bright-Machined Aluminum with Magnetic-Painted Pockets
Corsair Reserve: Standard



20" Black Aluminum
Included: Monochromatic Package



20" Bright-Machined Aluminum with Magnetic-Painted Pockets
Optional: Corsair Reserve

2021 CORSAIR  LINCOLN

1 Iced Mocha[1]
2 Ceramic Pearl[1]
3 Infinite Black
4 Silver Radiance
5 Pristine White[1]
6 Asher Gray
7 Artisan Blue
8 Red Carpet[1]
9 Flight Blue[1]
10 Burgundy Velvet[1]

Ebony or Sandstone[2] Corsair 1–8, 10
Medium Slate[2] Corsair 2–8 Reserve 2–9
Pinstripe Aluminum

Ebony Reserve 1–10
Santos Rosewood

Sandstone Reserve 1–10
Paldao Wood

Cashew Reserve 1, 3–10
Paldao Wood or Pinstripe Aluminum

Beyond Blue[1] Reserve 3–5, 9
Cashmere Pinstripe

Exterior and interior colors shown are representative only. Actual interiors may vary. [1]Additional charge. [2]Lincoln Soft Touch Seats standard on Corsair.

