# Exhibit 2



2021 AVIATOR



# Always begin on a bright note.

Whether your day ahead is filled with places to be, or as open as a big blue sky, the 2021 Lincoln Aviator starts it with a warm embrace. As you approach, Lincoln Signature Lighting flows beneath the headlamps, while the available illuminated Lincoln Star on the grille glows from within. Illuminated Lincoln logo welcome mats and backlit door handles extend an invitation, while the Dynamic Lower Entry feature of the available Air Glide Suspension eases access for all. Whether you select Aviator or Aviator Grand Touring[1] with its advanced plug-in hybrid electric technology, every drive starts with beautiful chimes orchestrated by a world-renowned symphony as the LCD screen animation takes you soaring through blue skies. Elevate life's journey in your Aviator.

New available Monochromatic Reserve II Equipment Collection shown in Pristine White.
Vehicle imagery throughout this brochure may be computer-generated and may include available and aftermarket equipment. [1]Available only at EV-certified Lincoln Dealers.







DEP DEALER ePROCESS

## IMMERSE YOURSELF IN ELEGANCE

Imagine a place specially designed to evoke a sense of serenity, a sanctuary where you can relax and unwind after a challenging day. The 3-row Aviator cabin is carefully crafted to be that place. Enter using your available Phone As A Key,[1] while Aviator recalls your saved Personal Profile settings for the driver's seat and so much more. Tuck your phone into the available wireless charging pad[2] inside the center console. Then, relax into the available 30-way Perfect Position Seats with Active Motion® massage functionality, and heated and ventilated settings. You'll also enjoy best-in-class 1st-row leg room.[3] The available customizable Head-Up Display[4] automatically adjusts the prominence of information as priorities change, and it's easily seen in various light conditions.

## STAY INFORMED AND ENTERTAINED

SiriusXM® gives you ad-free music, plus sports, comedy, news and talk – inside your Aviator and on the go – with a 3-month All Access trial subscription.[5] With the available Voice-Activated Touchscreen Navigation System, you'll also enjoy a 6-year subscription[5] to SiriusXM Traffic and Travel Link® services.

## ENGAGE WITH DYNAMIC 3D AUDIO

You won't just hear it – you'll feel the exceptional level of precision and musical accuracy offered by the expertly engineered Revel® Ultima 3D Audio System that's available. Enjoy your favorites through a network of 28 speakers – including 8 in the headliner – finely tuned to the Aviator interior. It's as if you're seated in a concert hall, and listening modes like "Audience" and "On Stage" let you choose your level of immersion. Outstanding, multi-dimensional sound in every seat is courtesy of advanced cabin correction tuning, QuantumLogic® 3D Surround sound technology, and Revel Waveguides. With 127 steps of adjustment, the immersion control slider lets you customize how the music envelops you for a personalized sound experience.

[1]Requires feature activation. Not compatible with all smartphones. [2]Qi wireless charging may not be compatible with all mobile phones. [3]Based on advertised dimensions. Class is Large Crossover Premium Utilities starting at under $75,000 based on Lincoln segmentation. [4]Don't drive while distracted. See owner's manual for details and system limitations. [5]Trial length and service availability may vary by model, model year or trim. All SiriusXM services require a subscription, each sold separately by SiriusXM after the trial period. Service will automatically stop at the end of your trial unless a subscription is purchased. See the SiriusXM Customer Agreement at www.siriusxm.com for complete terms. Some services and features are subject to device capabilities and location availability. All fees, content and features are subject to change.












DEALER ePROCESS

TRANSPORTS UP TO 7

From short jaunts around town to epic getaways, the 3 spacious rows of seating inside Aviator make it easy to travel with family and friends. Seat up to 7 when you combine the 2nd-row bench seat with the standard 3rd-row PowerFold® bench seat. Or seat up to 6 with the available heated and ventilated 2nd-row captain's chairs, which pair with your choice of an available full center console, or a step-over mini console with convenient pass-through to the 3rd row.

Helping you maintain harmony on long trips, Aviator includes Lincoln Connect™[1] with 4G LTE Wi-Fi hotspot capability that passengers can use to stream content on their mobile devices. Plus, up to 6 available smart-charging USB ports, as well as a 110V/150W AC power outlet, and two 12V powerpoints help keep everyone's devices charged up. An available panoramic Vista Roof® and best-in-class 2nd-row shoulder room[2] bring even more joy.

ADAPT WITH REMARKABLE EASE

You'll enjoy effortless loading and unloading of people, pets and so much more using the power tip-and-slide feature on the 2nd-row outboard seats. To access the cargo room behind the 3rd row, simply kick your foot beneath the available hands-free liftgate. You can also press the PowerFold 3rd-row seat buttons in the rear cargo area to quickly expand your cargo-carrying possibilities.[3]

[1]Lincoln Connect and complimentary Connected Service are required for remote features (See Lincoln Way Terms for details). Connected service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. Connected service excludes Wi-Fi hotspot. [2]Based on advertised dimensions. [3]Cargo and load capacity limited by weight and weight distribution.





494 HP[1]
630 LB.-FT. TORQUE[1]
NORMAL
Effortless and Balanced
CONSERVE
Efficient Driving
EXCITE
Responsive and Engaging
SLIPPERY
Slick, Icy or Loose Surfaces
DEEP CONDITIONS
Deep Snow or Mud Assist
PURE EV
Quiet All Electric Drive
PRESERVE EV
EV Range for Later
DRIVE MODE
BEHOLD THE MOST POWERFUL LINCOLN YET
Aviator Grand Touring[2] is engineered to thrill. It brilliantly blends the power of a Twin-Turbocharged 3.0-liter V6 engine with that of a battery-powered electric motor to offer you nearly instantaneous torque. Its exhilarating output is channeled to the road via Intelligent all-wheel drive. And it's easy to charge your Aviator Grand Touring if you wish, using the standard dual-voltage charging cord to enable Level 1 charging or significantly faster Level 2 charging. A unique grille design and 21" wheels enhance its stunning elegance. Experience a flowing sense of power in Aviator Grand Touring.
[1]Calculated via combined performance of the engine and electric motor with peak battery power. The calculations utilize SAE J1349® engine results and Lincoln electric motor dyno testing. Your results may vary. [2]Available only at EV-certified Lincoln Dealers.
THRIVE WITH LINCOLN DRIVE MODES
Aviator puts the power to adapt your drive right at your fingertips. Simply turn the knob to select a Lincoln Drive Mode, and the system adjusts suspension, ride height, steering, shift points and more, to help provide a remarkable driving experience. Plus, Grand Touring models[2] feature 2 additional modes. "Preserve EV" mode can save stored energy for use later and help recharge the vehicle up to as much as 75%, while "Pure EV" mode offers a quiet, all-electric drive well-suited to your shorter trips around town.
DEALER ePROCESS

TURBOCHARGE YOUR TRAVELS

Treat yourself to one of the most powerful and compelling engines in the Lincoln lineup: the Twin-Turbocharged 3.0-liter V6 that gives Aviator best-in-class standard 400 horsepower and 415 lb.-ft. of torque.[1] This gasoline direct-injected engine is driven by your choice of rear-wheel drive or available Intelligent all-wheel drive. And it's mated to the 10-speed SelectShift® automatic transmission, which can adapt in real time, engaging the right gear at the right time to deliver the performance you seek.

ILLUMINATE A NEW PATH

See things in a whole new light with the groundbreaking technology in the available Illumination Package. Adaptive Pixel LED Headlamps use Speed Dependent Lighting to provide additional light, and spread it more widely at slower speeds to emphasize the area around and directly in front of the vehicle. Their Adaptive Dynamic Bending can even illuminate an upcoming curve before you steer into it. This enlightening package also includes the illuminated Lincoln Star on the grille.

GLIDE WITH EFFORTLESS GRACE

It's as though every stretch of road feels freshly paved with the advanced technologies in the available Dynamic Handling Package. Adaptive Suspension with Road Preview helps Aviator detect upcoming road irregularities, then carries you comfortably over them. The available Air Glide Suspension optimizes the vehicle's ride height and spring rates as your load and operating conditions change. With the Dynamic Lower Entry feature, the vehicle appears to "kneel" as you approach, graciously lowering by 50 mm to ease your entry. In Deep Conditions mode, it raises 30 mm above normal ride height to improve ground clearance. In Excite mode, it lowers to increase aerodynamics. Quite simply, this system helps Aviator deliver a smooth riding experience under just about any condition.

400 HP[1] 415 LB.-FT. TORQUE[1]

DEP
DEALER ePROCESS

[1]Horsepower and torque ratings based on premium fuel per SAE J1349® standard. Your results may vary.



LINCOLN
SYNC® 3

## CONNECT AND COMMAND

SYNC 3 voice-activated technology[1] connects your tech with your Aviator, and puts you in control of calls, music and more with the tap of a button on your steering wheel and simple voice commands. You can also tap or swipe the stunning 10.1" touchscreen. To see your phone's familiar interface on the large screen, you can take advantage of compatibility with Apple CarPlay®[2] for your iPhone®. It is also compatible with Android Auto.™[2]

## IN-APP AND IN CONTROL

Aviator also lets you enjoy voice control of compatible mobile apps on your connected phone using SYNC 3 AppLink.®[3] The system works with your Lincoln Way™ App[4] and many others. You can use it with the Waze™ community-based traffic and navigation app.[5] It also works with the Lincoln+Alexa app, so you can ask Alexa to play music, listen to audiobooks, check the weather, control smart home devices and more while inside your Aviator.[5]

## WI-FI FOR ALL

Since Aviator has the ability to seat up to 7 people, a vast array of smartphones, tablets, gaming systems and computers may come along for the ride thanks to plenty of power connectivity. Lincoln Connect™[6] with 4G LTE Wi-Fi hotspot capability provides a strong connection for up to 10 devices at once. So everyone can enjoy their favorites – from inside of Aviator and up to 50' away.

APPLE CARPLAY & ANDROID AUTO COMPATIBILITY | LINCOLN WAY APP | WAZE | LINCOLN+ALEXA | 4G LTE WI-FI HOTSPOT CAPABILITY

Don't drive while distracted. Use voice-operated systems when possible; don't use handheld devices while driving. [1]Some features may be locked out while the vehicle is in gear. Not all features are compatible with all phones. [2]Requires device with active data service and compatible software. SYNC 3 does not control 3rd-party products while in use. 3rd parties are solely responsible for their respective functionality. [3]Commands may vary by phone and AppLink software. [4]Compatible with select smartphone platforms, is available via download. Message and data rates may apply. [5]Commands may vary by phone and AppLink software. Waze is available via iPhone and on Android Auto. Certain Alexa functionality is dependent on smart phone and home technology. [6]Lincoln Connect and complimentary Connected Service are required for remote features (see Lincoln Way Terms for details). Connected service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. Connected service excludes Wi-Fi hotspot.

JOURNEY WITH CONFIDENCE

Our extensive collection of standard and available driver-assist technologies[1] utilizes a network of sensors and sophisticated cameras to offer you support during many scenarios. These advanced features are all aimed at helping you feel confident in the 2021 Lincoln Aviator.

[1]Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. They do not replace safe driving. See owner's manual for details and limitations.

DEP DEALER ePROCESS

STANDARD LINCOLN CO-PILOT360™

From help lighting up the night to helping you stay on course, every Aviator driver can benefit from our Lincoln Co-Pilot360 suite of driver-assist technologies,[1] which includes:

- AUTO HIGH-BEAM HEADLAMPS
- BLIND SPOT DETECTION WITH CROSS-TRAFFIC ALERT
- LANE-KEEPING SYSTEM
- PRE-COLLISION ASSIST WITH AUTOMATIC EMERGENCY BRAKING
- REAR VIEW CAMERA WITH WASHER

LINCOLN CO-PILOT360 PLUS

A number of available driver-assist technologies[1] are conveniently packaged together as Lincoln Co-Pilot360 Plus, including Adaptive Cruise Control with Traffic Jam Assist, which combines Lane Centering, Stop-and-Go, and Speed Sign Recognition, to help keep you driving confidently. Lincoln Co-Pilot360 Plus includes:

- ACTIVE PARK ASSIST PLUS
- ADAPTIVE CRUISE CONTROL WITH TRAFFIC JAM ASSIST
- EVASIVE STEERING ASSIST
- REVERSE BRAKE ASSIST





## ENGINES

### Twin-Turbocharged 3.0-liter V6

with Auto Start-Stop Technology
400 hp @ 5,500 rpm[1]
415 lb.-ft. of torque @ 3,000 rpm[1]

EPA-estimated fuel economy ratings[2]

**RWD** 18 city/26 hwy/21 combined mpg
STANDARD: AVIATOR/AVIATOR RESERVE

**AWD** 17 city/24 hwy/20 combined mpg
OPTIONAL: AVIATOR/AVIATOR RESERVE

### Twin-Turbocharged Grand Touring Hybrid[3]

Combined system net:
494 hp @ 5,500 rpm[4]
630 lb.-ft. of torque @ 2,250 rpm[4]

EPA-estimated fuel economy ratings[2,5]

Up to 21 miles all-electric range
**AWD** 23 combined mpg
54 city/58 hwy/56 combined MPGe
STANDARD: AVIATOR GRAND TOURING

## DIMENSIONS

| | | |
|---|---|---|
| WHEELBASE | | 119.1" |
| LENGTH | | 199.3" |
| HEIGHT[6] | | 69.6" |
| WIDTH | Including mirrors | 89.9" |
| | Mirrors folded | 82.3" |
| HEAD ROOM | | |
| | 1st row (max.)[6] | 41.5" |
| | 2nd row[6] | 39.7" |
| | 3rd row | 36.9" |
| LEG ROOM | | |
| | 1st row (max.) | 43.0" |
| | 2nd row (max.) | 40.1" |
| | 3rd row | 29.2" |
| HIP ROOM | | |
| | 1st row | 58.5" |
| | 2nd row | 58.3" |
| | 3rd row | 40.9" |
| SHOULDER ROOM | | |
| | 1st row | 61.5" |
| | 2nd row | 61.3" |
| | 3rd row | 54.0" |
| CARGO VOLUME (cu. ft.) | | |
| | 1st row (behind) | 77.7 |
| | 2nd row (behind) | 41.8 |
| | 3rd row (behind) | 18.3 |
| MAX. TOWING CAPACITY (lbs.)[7] | | |
| | 3.0-liter V6 | 6,700 |
| | Grand Touring Hybrid | 5,600 |
| FUEL TANK (gal.) | | |
| | 3.0-liter V6 | 20.2 |
| | Grand Touring Hybrid | 18.0 |

## STANDARD FEATURES

### PERFORMANCE & HANDLING

- Active Grille Shutters
- Electric parking brake
- Lincoln Drive Modes: Normal, Conserve, Excite, Slippery and Deep Conditions

### LINCOLN CO-PILOT360™

- Auto High-Beam Headlamps
- Blind Spot Detection with Cross-Traffic Alert
- Lane-Keeping System (includes Lane-Keeping Aid, Lane-Keeping Alert and Driver Alert)
- Pre-Collision Assist with Automatic Emergency Braking (AEB) (includes Pedestrian Detection, Forward Collision Warning and Dynamic Brake Support)
- Rear View Camera with Washer

### DRIVER-ASSIST TECHNOLOGY

- Auto Hold
- Autolamp (Automatic On/Off Headlamps)
- Forward and Reverse Sensing Systems
- Hill Start Assist
- Post-Collision Braking
- Rain-Sensing Windshield Wipers

### DRIVER CONTROLS

- Leather-wrapped steering wheel with controls for audio, media and cruise control
- Personal Profiles (memory settings for positions of driver's seat, sideview mirrors, audio, climate, driver-assist features and displays)
- Piano Key Shifter
- Power door locks with autolock
- Power windows with one-touch-up/-down feature and global open/close
- Rear liftgate window with defroster, washer and top-mounted wiper
- Remote Start System
- Universal garage door opener

### EXTERIOR

- Chrome quad exhaust tips
- Easy Fuel® capless fuel filler
- Full LED headlamps, signature lighting, taillamps and liftgate appliqué
- Light Touch Door Handles
- Power-adjustable, autofold, heated sideview mirrors with integrated LED turn signal indicators, memory, auto-dimming driver's side, and Pillar Black caps
- Power liftgate

### LINCOLN EMBRACE

- LED-illuminated exterior door handle pockets
- Lincoln Approach Detection System
- Lincoln Signature Lighting
- Lincoln logo illuminated welcome mats
- Lincoln Welcome/Farewell Elements

### CONNECTIVITY & ENTERTAINMENT

- Lincoln Connect™[8] with 4G LTE Wi-Fi hotspot capability (enables Lincoln Way™ App[9] features when activated)
- SiriusXM® with 3-month All Access trial subscription[10]
- SYNC® 3 Enhanced Voice Recognition Communications and Entertainment System with 10.1" LCD capacitive touchscreen, 911 Assist®, SYNC 3 AppLink® and Apple CarPlay® and Android Auto™ compatibility

### INTERIOR

- 1st-row overhead console with sunglasses holder
- 12.3" configurable LCD instrument cluster
- 12V powerpoints (2)
- 110V/150W AC power outlet
- Accessory delay for power features
- Auto Air Refresh with high-efficiency particulate filter and Active Air Monitoring System
- Auto-dimming, frameless rearview mirror
- LED dome and reading lights
- Smart-charging USB ports (1 USB-A and 1 USB-C) in 1st and 2nd rows
- Symphonic Chimes for vehicle information alerts

### SEATING

- 3rd-row PowerFold® 50/50 split bench seat
- 4-way adjustable 1st-row head restraints
- Driver's seat memory

### SAFETY & SECURITY

- Personal Safety System™ for driver and front passenger with dual-stage front airbags,[11] safety belt pretensioners, safety belt energy-management retractors, safety belt usage sensors, driver's seat position sensor, crash severity sensor, restraint control module and Front-Passenger Sensing System
- AdvanceTrac® with RSC® (Roll Stability Control™)
- Driver's knee airbag[11]
- **Enhanced Security Package:** enhanced valet mode, lockable interior storage, secondary horn and vehicle inclination sensor
- Front-seat side airbags[11]
- Glove-box-door-integrated knee airbag[11]
- Individual Tire Pressure Monitoring System (TPMS) (excludes spare)
- Intelligent Access with push-button start
- LATCH (Lower Anchors and Tether Anchors for Children) for outboard 2nd- and 3rd-row seating positions
- MyKey® technology to help encourage responsible driving
- Perimeter alarm
- Safety Canopy® System with 3-row side-curtain airbags,[11] roll-fold technology and rollover sensor
- SecuriCode™ invisible keypad
- SecuriLock® Passive Anti-Theft System
- SOS Post-Crash Alert System™

[1]Horsepower and torque ratings based on premium fuel per SAE J1349® standard. Your results may vary. [2]Actual mileage will vary. [3]Available only at EV-certified Lincoln Dealers. [4]Calculated via combined performance of the engine and electric motor with peak battery power. The calculations utilize SAE J1349 engine results and Lincoln electric motor dyno testing. Your results may vary. [5]EPA-estimated ratings: 22 city/25 hwy/23 combined mpg, 18.0-gallon fuel tank; 21 miles electric. Range calculation based on www.fueleconomy.gov. Actual range varies with conditions such as external elements, driving behaviors, vehicle maintenance and lithium-ion battery age. Actual mileage will vary. EPA-estimated ratings: 54 city/58 hwy/56 combined MPGe. Actual mileage will vary. MPGe is the EPA equivalent measure of gasoline fuel efficiency for electric mode operation. [6]With Vista Roof, height is 69.2," 1st-row max. head room is 40.3" and 2nd-row head room is 38.4." [7]When properly equipped with available Class IV Trailer Tow Package. Max. towing varies based on cargo, vehicle configuration, accessories and number of passengers. [8]At purchase, the Lincoln Connect modem is connected and sending vehicle data (e.g., diagnostics) to Lincoln. To disable, or for more information, see in-vehicle connectivity settings. Learn more at www.Connectedlincoln.com. Lincoln Connect and complimentary Connected Service are required for remote features (see Lincoln Way Terms for details). Connected service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. Connected service excludes Wi-Fi hotspot. Wi-Fi hotspot includes wireless data trial that begins upon AT&T activation and expires at the end of 3 months or when 3GB of data is used, whichever comes first, but cannot extend beyond the trial subscription period for remote features. To activate, go to www.att.com/lincoln. [9]Lincoln Way App, compatible with select smartphone platforms, is available via download. Message and data rates may apply. [10]Trial length and service availability may vary by model, model year or trim. All SiriusXM services require a subscription, each sold separately by SiriusXM after the trial period. Service will automatically stop at the end of your trial unless a subscription is purchased. See the SiriusXM Customer Agreement at www.siriusxm.com for complete terms. Some services and features are subject to device capabilities and location availability. All fees, content and features are subject to change. [11]Always wear your safety belt and secure children in the rear seat.

## TRIM SERIES

### AVIATOR

Includes Standard Features, plus:

- 10-speed SelectShift® automatic transmission with paddle shifters
- Rear-wheel drive (RWD)
- 1st-row heated Comfort seats with 10-way power adjustability
- 2nd-row 35/30/35 split bench seat with power tip-and-slide release
- 3.58:1 rear-axle ratio
- Medium Dark Platinum wheel-lip moldings
- Lincoln Premium Audio System with 10 speakers including subwoofer
- Lincoln Soft Touch Seats
- Manual-tilt/-telescoping steering column
- Satin-aluminum grille finish with chrome surround
- Tri-zone climate control

#### OPTIONS

- **Class IV Trailer Tow Package:** 4-/7-pin connector, Class IV trailer hitch receiver and wiring, Blind Spot Detection with Cross-Traffic Alert and Trailer Coverage, Smart Trailer Tow Connector, and Trailer Sway Control
- **Elements Package:** 2nd-row heated outboard seats, heated steering wheel, and heated VisioBlade™ windshield wipers
- Intelligent all-wheel drive (AWD)
- Cargo area cover
- Cargo area protector
- Engine block heater
- Floor liners in 1st and 2nd rows
- Running boards[12]
- Voice-Activated Touchscreen Navigation System with pinch-to-zoom capability, and integrated SiriusXM Traffic and Travel Link™ with 6-year subscription[10]
- Wheel lock kit

### AVIATOR RESERVE

Includes certain Aviator Features, plus:

- 1st-row heated Comfort seats with 12-way power adjustability
- 2nd-row 5.8" LCD touchscreen for climate controls
- 2nd-row captain's chairs with power tip-and-slide release
- 2nd-row step-over mini console
- 360-Degree Camera with Split-View Display with Front Camera Washer
- Ambient lighting
- Hands-free liftgate
- Illuminated front door-sill scuff plates
- LED fog lamps
- Power, panoramic Vista Roof® with power shade
- Power-tilt/-telescoping steering column with memory
- Premium leather seating surfaces
- Quad-zone climate control with 3rd-row auxiliary heater/cooler
- Revel® Audio System with 14 speakers and 2nd-row audio controls; includes HD Radio™ Technology
- Voice-Activated Touchscreen Navigation System with pinch-to-zoom capability, and integrated SiriusXM Traffic and Travel Link with 6-year subscription[10]

#### OPTIONS

- **Reserve I Equipment Collection:** Elements Package Plus and Lincoln Co-Pilot360 Plus
- **Reserve II Equipment Collection:** Reserve I Equipment Collection, Class IV Trailer Tow Package, Illumination Package, Luxury Package, Intelligent AWD, and 22" bright-machined aluminum wheels with Magnetic-painted pockets
- **Monochromatic Reserve I Equipment Collection:** Elements Package Plus; Lincoln Co-Pilot360 Plus; monochromatic badging; body-color-painted grille with chrome surround, lower front and rear fascias, sideview mirror caps, lower door cladding and wheel-lip moldings; and 22" Black aluminum wheels (available with Infinite Black, Pristine White or Asher Gray)
- **Monochromatic Reserve II Equipment Collection:** Monochromatic Reserve I Equipment Collection, Class IV Trailer Tow Package, Illumination Package, Intelligent AWD, and Luxury Package
- **Class IV Trailer Tow Package**
- **Convenience Package:**[12] Head-Up Display, Phone As A Key,[13] and wireless charging pad in 1st-row center console
- **Dynamic Handling Package:**[12] Adaptive Suspension with Road Preview, and Air Glide Suspension with Dynamic Lower Entry
- **Elements Package Plus:** Auto Air Refresh, auto heated and ventilated 1st-row seats, heated and ventilated 2nd-row outboard seats, heated steering wheel, and heated VisioBlade wipers
- **Illumination Package:**[12] Adaptive Pixel LED Headlamps with Adaptive Dynamic Bending, Speed Dependent Lighting, Lincoln Dynamic Signature Lighting, and illuminated Lincoln Star on grille
- **Lincoln Co-Pilot360 Plus:** Active Park Assist Plus; Adaptive Cruise Control with Traffic Jam Assist, Lane Centering, Stop-and-Go and Speed Sign Recognition; Evasive Steering Assist; and Reverse Brake Assist
- **Luxury Package:**[12] 1st-row Perfect Position Seats (30-way) with Active Motion® massage functionality; Revel Ultima 3D Audio System with 28 speakers; and rear-door sunshades
- Intelligent all-wheel drive (AWD) with Adaptive Suspension
- 2nd-row 35/30/35 split bench seat with power tip-and-slide release[12]
- 2nd-row full center console with Vista Roof power shade controls, 2 smart-charging USB ports, cupholders and storage[12]
- Cargo area cover
- Cargo area protector
- Engine block heater
- Floor liners in 1st and 2nd rows
- Lincoln Play (Rear-Seat Entertainment System with 2 pairs of wireless headphones)[12,14]
- Linear Brushed-Aluminum interior accents[12]
- Running boards[12]
- Wheel lock kit

### AVIATOR GRAND TOURING[3]

Includes certain Reserve Features, plus:

- Intelligent all-wheel drive (AWD) with Adaptive Suspension
- 3.31:1 rear-axle ratio
- Accent-color wheel-lip moldings
- Dual-voltage charging cord (120V/240V)
- EV Pedestrian Sounder
- Lincoln Drive Modes with Pure EV and Preserve EV
- Lithium-ion battery
- 10-speed SelectShift modular hybrid transmission
- Regenerative Braking System
- Smoked Chrome grille with chrome surround

#### OPTIONS

- **Grand Touring I Equipment Collection:** Convenience Package, Elements Package Plus, Illumination Package, and Lincoln Co-Pilot360 Plus
- **Grand Touring II Equipment Collection:** Grand Touring I Equipment Collection, Class IV Trailer Tow Package, Dynamic Handling Package, and Luxury Package
- **Class IV Trailer Tow Package**
- **Dynamic Handling Package**[12]
- **Elements Package Plus**
- **Lincoln Co-Pilot360 Plus**
- **Luxury Package**[12]
- 2nd-row 35/30/35 split bench seat with power tip-and-slide release[12]
- 2nd-row full center console with Vista Roof power shade controls, 2 smart-charging USB ports, cupholders and storage[12]
- Cargo area cover
- Cargo area protector
- Engine block heater
- Floor liners in 1st and 2nd rows
- Light Engine Turn Aluminum interior accents[12]
- Lincoln Play (Rear-Seat Entertainment System with 2 pairs of wireless headphones)[12,14]
- Wheel lock kit

## LINCOLN ACCESSORIES

### ELECTRONICS

- Dash cams[14]
- Remote Start System
- Vehicle Security System

### EXTERIOR

- Running boards
- Splash guards[14]
- Sportz® tent[14]
- Wheel lock kits

### INTERIOR

- Ash cup/coin holders
- Battery jump-start system[14]
- Cargo area protectors
- Carpeted floor mats
- Custom UVS100® sunscreen[14]
- First aid and roadside assistance kits[14]
- Floor liners
- In-vehicle safe[14]
- Interior cargo cover
- Portable mini-fridge[14]
- Protective pet seat covers[14]
- Soft cargo cooler bag
- Soft cargo organizers (large and standard sizes)
- Trailer towing accessories

SHOP THE COMPLETE COLLECTION
accessories.lincoln.com

[12]Restrictions may apply. See your dealer for details. [13]Requires feature activation. Not compatible with all smartphones. [14]Lincoln Licensed Accessory.
Lincoln Original Accessories will be warranted for whichever provides you the greatest benefit: 24 months/unlimited mileage, or the remainder of your Bumper-to-Bumper 4-year/50,000-mile New Vehicle Limited Warranty. Lincoln Licensed Accessories (LLA) are warranted by the accessory manufacturer's warranty. LLA are designed and developed by the accessory manufacturer and have not been designed or tested to Ford Motor Company engineering requirements. Contact your Lincoln Dealer for details and/or a copy of all limited warranties. Amazon, Alexa and all related logos are trademarks of Amazon.com, Inc. or its affiliates. Android, Android Auto, Google, Waze and other marks are trademarks of Google Inc. Apple, Apple CarPlay and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries. HD Radio is a proprietary trademark of iBiquity Digital Corp. QuantumLogic, Revel and the Revel logo are trademarks of HARMAN International Industries, registered in the United States and other countries. SiriusXM and all related marks and logos are trademarks of Sirius XM Radio Inc.

1
2
3
4
5
6
7
8
9
10

Infinite Black · Silver Radiance · Pristine White[1] · Asher Gray · Ocean Drive Blue[1] · Ceramic Pearl[1] · Iced Mocha[1] · Burgundy Velvet[1] · Red Carpet[1] · Flight Blue[1]

Ebony or Sandstone[2]
Linear Brushed Aluminum
Aviator 1–9

Ebony
Santos Rosewood
Reserve 1–10 · Grand Touring 1–9

Sandstone
Espresso Ash Swirl
Reserve 1–10 · Grand Touring 1–9

Medium Slate
Linear Brushed Aluminum · Reserve 1–6, 10
Light Engine Turn Aluminum · Grand Touring 1–6

Roast
Standard:
Santos Rosewood · Reserve 1–10 · Grand Touring 1–9
Available:
Linear Brushed Aluminum · Reserve 1–10
Light Engine Turn Aluminum · Grand Touring 1–9

Monochromatic Reserve I and II Equipment Collections offered exclusively in Infinite Black, Pristine White and Asher Gray.

19" Bright-Machined Aluminum with Dark-Tarnish Premium Painted Pockets
Standard: Aviator

22" Bright-Machined Aluminum with Magnetic-Painted Pockets
Included: Reserve II Equipment Collection
Available: Reserve I Equipment Collection

22" Black Aluminum
Included: Monochromatic Reserve I and II Equipment Collections

20" Bright-Machined Aluminum with Magnetic-Painted Pockets
Standard: Aviator Reserve

21" Bright-Machined Aluminum with Dark Alloy-Painted Pockets
Standard: Aviator Grand Touring

Exterior and interior colors shown are representative only. [1]Additional charge. [2]Lincoln Soft Touch Seats standard on Aviator. [3]Lincoln Way App, compatible with select smartphone platforms, is available via download. Message and data rates may apply. [4]Requires feature activation. Not compatible with all smartphones. [5]Lincoln Connect and complimentary Connected Service are required for remote features (see Lincoln Way Terms for details). Connected service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. Connected service excludes Wi-Fi hotspot. [6]Complimentary Lincoln Pickup & Delivery service is available for 2017 model-year and newer Lincoln vehicles with the 4-year/50,000-mile New Vehicle Limited Warranty. Owners of 2016 and prior model-year vehicles may arrange for the service at a cost. Mileage limitations may apply. [7]Coverage, for original owner, varies based on vehicle model year. Non-transferable. For complete details, go to lincolnowner.com or your Lincoln dealer. [8]See your dealer for details.

# Enjoy the benefits of the Lincoln Way™ App.

## EFFORTLESS

Download the Lincoln Way App[3] to your mobile device and focus your time and energy with an app that helps make your ownership experience effortless.

- Take control with the available Phone As A Key,[4] start, stop, lock, unlock and scheduled remote start features enabled by Lincoln Connect™[5]
- Schedule Lincoln Pickup & Delivery™ of your vehicle for dealer service appointments[6]
- Get help with 24/7 Roadside Assistance[7]
- Activate your vehicle's Wi-Fi hotspot capability[5]

## PERSONALIZED

Driving and maintaining your new Lincoln is an easy, personalized experience with the Lincoln Way App.

- Locate where your vehicle is parked
- Check your vehicle's fuel level, tire pressure and oil life
- Lock/unlock, start/stop and set a start schedule with a few taps from the home screen
- Learn more about your vehicle with Vehicle Health Reports

## REWARDING

Discover the thrill of rewards with Lincoln Access Rewards™ and the Lincoln Way App.

- Enjoy Lincoln Access Rewards – Members earn Points for every dollar spent on qualifying parts and service, which can be redeemed toward Lincoln Priority Service or even a new vehicle purchase[8]
- Connect with your 24/7 Lincoln Concierge for answers to questions about your vehicle, help with your account and more



**LINCOLN PROTECT® EXTENDED SERVICE PLANS** Whether you purchase or lease your Lincoln, Lincoln Protect offers peace of mind with a variety of plans for vehicle component and maintenance coverage. Fully backed by Lincoln, plans are honored at all Lincoln dealerships in the U.S., Canada and Mexico. Visit your Lincoln Dealer today, and insist on genuine Lincoln Protect extended service plans.

**ROADSIDE ASSISTANCE FOR LIFE** We'll be there for you as long as you own your Lincoln – with 24-hour/7-day-a-week assistance nationwide. Coverage provided for the original owner only. Non-transferable. Please see your dealer for complete details.

**LINCOLN AUTOMOTIVE FINANCIAL SERVICES** Whether you decide to purchase or lease, you'll find a plan designed to fit your individual needs. Visit Lincoln.com/finance or your Lincoln Showroom to explore your financing options.

**LINCOLN MOTOR COMPANY INSURE** Insurance that lets you earn discounts for safe driving, offering a maximum discount of 40% from your policy. Lincoln Motor Company Insure works with your 2021 model-year Lincoln to gauge your driving habits and calculate a discount based on how you drive. Visit www.lincolnmotorcompanyinsure.com to learn more.

American Road Services Company LLC is the licensed insurance agency offering Lincoln Motor Company Insure, which is underwritten by Nationwide Mutual Insurance Company and affiliates. Home Office: Columbus, OH. Ford Motor Company and Ford Credit are not insurance companies or agents. Subject to underwriting guidelines, review and approval. Details and availability varies; program criteria differ in California. Discounts do not apply to all coverage elements; actual savings vary by state, coverage selections, rating factors and policy changes.

**NEW VEHICLE LIMITED WARRANTY** Your new Lincoln has the following coverage: 4-year/50,000-mile bumper-to-bumper coverage, 6-year/70,000-mile powertrain coverage, 5-year/60,000-mile safety restraint coverage, and 5-year/unlimited-mile corrosion perforation (aluminum panels do not require perforation) coverage. Unique electric components come with 8-year/100,000-mile hybrid/electric unique coverage. Whichever comes first. Please ask your dealer for a copy of these limited warranties.

Comparisons based on competitive models (class is Large Crossover Premium Utilities starting at under $75,000 based on Lincoln segmentation), publicly available information and Lincoln certification data at time of release. Vehicles may be shown with optional equipment. Features may be offered only in combination with other options or subject to additional ordering requirements/limitations. Dimensions shown may vary due to optional features and/or production variability. Information is provided on an "as is" basis and could include technical, typographical or other errors. Lincoln makes no warranties, representations, or guarantees of any kind, express or implied, including but not limited to, accuracy, currency, or completeness, the operation of the information, materials, content, availability, and products. Lincoln reserves the right to change product specifications, pricing and equipment at any time without incurring obligations. Your Lincoln Dealer is the best source of the most up-to-date information on Lincoln vehicles.

Discover more at **Lincoln.com**

21AVIPDF ©2020 Lincoln

DEP DEALER ePROCESS