Exhibit 3



2021 FORD EXPLORER

# ADVENTURE
## IS CALLING. HERE'S YOUR ANSWER.

We are all adventure-seekers in our own right, so it's only fitting that we'd seek out a vehicle that's not only built for our adventurous spirit, but also named for it too. EXPLORER.

Whether you're an extreme-adventure enthusiast, or the "get out there and see the world with the family" type, the 2021 Ford Explorer is ready for almost anything. Convenient features like multiple USB ports, an LCD touchscreen, and an available wireless charging pad[1] help keep you in touch along the way. And, with seating for 7 passengers, a powerful 2.3L EcoBoost® engine, and plenty of cargo space behind the front row seat with the 2nd- and 3rd-row seats folded down – Ford Explorer helps get you where you want to go – with almost anything you want to take with you.

In Explorer, your adventures are ready and waiting.

Vehicle imagery throughout this brochure may be computer-generated and may include available and aftermarket equipment.

**Limited.** Star White Metallic Tri-coat.[2] **1.** Qi wireless charging may not be compatible with all mobile phones. **2.** Additional charge.

**2021 FORD EXPLORER®**  |  XLT  |  LIMITED

caribe.ford.com | centroamerica.ford.com





# THE NEW LOOK
## OF CONFIDENCE.

From it's sleek, sculpted contours to it's wraparound LED headlamps and signature mesh grille, the Ford Explorer will turn heads wherever you take it. And, with available 20" premium painted aluminum wheels and a bold stance, there's no mistaking that this vehicle exudes confidence.

**Limited.** Carbonized Gray Metallic.

**2021 FORD EXPLORER®**  |  XLT  |  LIMITED

caribe.ford.com | centroamerica.ford.com

Getting away doesn't have to mean being disconnected, thanks to some convenient features right at your fingertips. Like the 8" LCD touchscreen that responds quickly to your voice or touch prompts and makes it easy to view available navigation map details. A simple turn of the finely calibrated rotary gear shift dial for the 10-speed automatic transmission lets you easily switch from Park to Reverse to Drive. While an available wireless charging pad[1] lets your phone charge cord-free, and available powerpoints located throughout the vehicle – including 2 USB-C ports – help keep everyone's devices charged and ready to go.

In here, we take the term "staying connected" literally.

U.S. model shown.

**Limited.** Ebony leather-trimmed seating surfaces. **1.** Qi wireless charging may not be compatible with all mobile phones.

**2021 FORD EXPLORER®**  |  XLT  |  LIMITED

caribe.ford.com | centroamerica.ford.com



Settle in to one of the 1st- or 2nd-row seats, and you'll quickly see that Ford Explorer is as big on space as it is on comfort. With room for 7 and 3 rows, passengers will appreciate the expansive space on long trips — or on quick spins around the block. Available heated and ventilated driver and front-passenger seats keep everyone comfortable. While a dual-wall dashboard between the engine and passenger compartments, as well as acoustic-laminate glass for the windshield and 1st-row windows, help keep road noise to a minimum. And an available B&O™ Sound System with 12 speakers delivers crystal clear acoustics that elevate your listening experience.

U.S. model shown.

**XLT.** Ebony ActiveX™ Seating Material. Available equipment.
BANG & OLUFSEN and B&O are registered trademarks of Bang & Olufsen Group.

**2021 FORD EXPLORER®** | XLT | LIMITED



# POWER MOVES.

[ 2.3L ECOBOOST® I-4 ]

A 16-valve DOHC design with twin-scroll turbocharger, cast-aluminum pistons, and an overboost function that lifts output on every gear change make this engine an all-around performer. Available Intelligent 4WD offers dynamic on- and off-road capability, and capable towing capacity – 1.361 kg. And a 10-speed automatic transmission delivers smooth responsiveness and confident performance on every drive.

*Standard on every 2021 Ford Explorer.*

300 MAX. HORSEPOWER¹
310 LB.-FT. MAX. TORQUE¹

XLT. Atlas Blue Metallic. Available equipment. 1. Horsepower and torque ratings based on premium fuel per SAE J1349® standard. Your results may vary. Horsepower and torque are independent attributes and may not be achieved simultaneously.

**2021 FORD EXPLORER®**  |  XLT  |  LIMITED

caribe.ford.com | centroamerica.ford.com





# UP TO
# 7 MODES
## TO MATCH THE ROAD.

**ECO**
Exactly as it sounds. Eco helps maximize efficiency and increase driving range.

**NORMAL**
You'll probably spend the most time here. Ideal for everyday driving on wet or dry paved roads. A balance of excitement and convenience.

**SPORT**
Increases throttle response, provides quicker shifts for a more aggressive feel, and allows the transmission to hold shifts longer to help Explorer accelerate faster when shifting. For more "sporty" on-road driving.

**TOW/HAUL**
Moves upshifts to higher engine speeds to reduce the transmission shift frequency when towing. It also provides engine braking in all forward gears to slow the vehicle and assist in control when descending a grade.

**TRAIL**
Adjusts the transmission shift schedule, pedal progression, traction control and driveline configuration for better handling on muddy, rutted, soft or uneven terrain.

**SLIPPERY**
For better handling on surfaces covered with ice, water, grass or gravel, this mode adjusts the pedal response and traction control.

**DEEP SNOW/SAND**
Adjusts the transmission shift schedule, pedal response, traction control and driveline configuration for better handling in deep snow or sand. Included with available Intelligent 4WD only.

Not all roads are created equal, but Ford Explorer levels the playing field with Selectable Drive Modes. Rear-wheel-drive Explorer models offer 6 modes, while available Intelligent 4WD with the Terrain Management System™ offers 7 modes that are easily selected with a simple turn of a dial.

**Limited.** Iconic Silver Metallic.

**2021 FORD EXPLORER®** | XLT | LIMITED

caribe.ford.com | centroamerica.ford.com

# COMMANDING
## AND CONFIDENT WITH FORD CO-PILOT360 TECHNOLOGY.

## FORD CO-PILOT360
*Standard on every 2021 Ford Explorer*

Changing lanes. Keeping your distance. Helping avoid potential collision hazards. Ford Co-Pilot360™ driver-assist features can help you in a variety of situations and conditions, as they can supplement your driving skills[1] and help you feel confidently in command.

- **PRE-COLLISION ASSIST WITH AUTOMATIC EMERGENCY BRAKING**
- **LANE-KEEPING SYSTEM**
- **BLIS® (BLIND SPOT INFORMATION SYSTEM) WITH CROSS-TRAFFIC ALERT**
- **AUTO HIGH-BEAM HEADLAMPS**
- **REAR VIEW CAMERA**

## FORD CO-PILOT360 ASSIST+
*Standard on Limited*

Stay on track, and take comfort knowing you'll be guided along the way thanks to these high-tech features.

- **ADAPTIVE CRUISE CONTROL**
- **EVASIVE STEERING ASSIST**
- **VOICE-ACTIVATED NAVIGATION[2]**

## AVAILABLE TECHNOLOGY

Get a clear picture of your surroundings. Find the perfect parking spot to fit your vehicle, and know that a little help is available when and where you need it most.

- **360-DEGREE CAMERA** *Standard on Limited*
- **FORWARD SENSING SYSTEM** *Standard on Limited*
- **RAIN-SENSING WINDSHIELD WIPERS** *Standard on Limited*

**Limited.** Rapid Red Metallic Tinted Clearcoat.[3] Available equipment. **1.** Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. It does not replace safe driving. See owner's manual for details and limitations. **2.** Availability varies by market. **3.** Additional charge.

**2021 FORD EXPLORER®** | XLT | LIMITED

caribe.ford.com | centroamerica.ford.com



# EVERYTHING
# IN HERE
## HELPS KEEP YOU CONNECTED TO EVERYTHING OUT THERE.

Staying in touch is easy in Ford Explorer. Voice-activated SYNC® 3 technology[1,2] puts just what you need on the tip of your tongue – or right at your fingertips thanks to a vibrant 8" touchscreen – while your smartphone lets you use Siri® or Google™ to stay connected while keeping your eyes on the road and your hands on the wheel.



With your voice and your choice of display, SYNC 3 voice-activated technology[1,2] connects your tech with your Ford Explorer, and puts you smartly in control with simple voice commands, or a quick tap or swipe of its standard 8" touchscreen. SYNC AppLink®[3] gives you voice control of compatible mobile apps, too. Rather see your phone's familiar interface[4] on the big screen? Take your pick.

**1.** Don't drive while distracted. Use voice-operated systems when possible; don't use handheld devices while driving. Some features may be locked out while the vehicle is in gear. Not all features are compatible with all phones. Functionality varies by market. **2.** Availability varies by market. **3.** Commands may vary by phone and AppLink software. **4.** Requires phone with active data service and compatible software. SYNC does not control 3rd-party products while in use. 3rd parties are solely responsible for their respective functionality.
Android Auto and Google are trademarks of Google Inc. Apple CarPlay and Siri are trademarks of of Apple Inc., registered in the U.S. and other countries.



U.S. model shown. Screen display varies by market.

**2021 FORD EXPLORER®** | XLT | LIMITED

caribe.ford.com | centroamerica.ford.com



# FITS YOUR LIFESTYLE.
## AND YOUR STUFF.

No matter how many things you need to fit into your day, Ford Explorer can handle them. Weekend in the great outdoors? Get maximum cargo room – 2,487 L of space[1] – by folding the 2nd- and 3rd-row seats flat. Afternoon foursome? Explorer can easily accommodate 4 sets of golf clubs with the 3rd-row seats folded. With the available PowerFold® feature, folding them down is as simple as pressing a button.

Life is full. Explorer gives you room to enjoy everything in it.

U.S. model shown.

**Limited.** Rapid Red Metallic Tinted Clearcoat.[2] Available equipment. **1.** With 2nd- and 3rd-row seats folded down. Cargo and load capacity limited by weight and weight distribution. **2.** Additional charge.

**2021 FORD EXPLORER®**  |  XLT  |  LIMITED

caribe.ford.com | centroamerica.ford.com





# A LITTLE CONVENIENCE
## GOES A LONG WAY.

Sometimes, it's the little things that make a big difference. Like the power liftgate, standard on XLT, that allows you to open or close the liftgate with a simple press of a button. Or the available hands-free, foot-activated liftgate that opens or closes with a simple kick of your foot beneath the bumper — all while keeping your key fob in your purse or pocket. An adjustable liftgate lets you choose how high it opens. And convenient step pads just inside the rear doors make it easier to load and unload cargo from the roof should you need to.

**XLT.** Iconic Silver Metallic. **/ Limited.** Rapid Red Metallic Tinted Clearcoat.

**2021 FORD EXPLORER®**  |  XLT  |  LIMITED

caribe.ford.com | centroamerica.ford.com



Everything in Ford Explorer was designed with you in mind. From push-button start that gets you on your way without having to use a key, to the convenience of the SecuriCode® keyless entry keypad that lets you lock and unlock your vehicle with a personal code, in here, you're top-of-mind. E-Z Entry 2nd-row seats make it easier for passengers to get into and out of the vehicle, while available 2nd-row sunblinds help block the sun's rays. 2nd-row USB and USB-C charge ports and an available 110V/150W AC power outlet help keep everyone powered up and ready to go. And available power-folding sideview mirrors with autofold and memory round out the hefty list of creature comforts that make Explorer uniquely yours.

**2021 FORD EXPLORER®** | XLT | LIMITED

# XLT

At first glance, you can't help but notice the distinctive black mesh grille with chrome bars and signature LED headlamps that make this vehicle a standout. Take a closer look inside, and appreciate the leather-wrapped steering wheel and high-end ActiveX™ Seating Material. And, with standard features like a 10-way power driver's seat, and a 2nd-row 35/30/35 split fold-flat seat with E-Z Entry, it's easy to see why XLT is our most popular Ford Explorer.

**XLT.** Iconic Silver Metallic. Available and aftermarket equipment.

**2021 FORD EXPLORER®**  |  XLT  |  LIMITED

caribe.ford.com | centroamerica.ford.com





## 2.3L ECOBOOST® I-4 WITH AUTO START-STOP TECHNOLOGY
## 10-SPEED AUTOMATIC TRANSMISSION

# XLT

## XLT STANDARD FEATURES:

### MECHANICAL
3.58 rear axle ratio
4-wheel disc Anti-Lock Brake System (ABS)
70-liter fuel tank
Active grille shutters
Compact spare wheel and tire
EcoCoach efficient driving assistant
Electric power-assisted steering
Intelligent Oil-Life Monitor®
P265/60R18 all-season BSW tires
Rotary gear shift dial
Selectable Drive Modes

### FORD CO-PILOT360™ TECHNOLOGY
Auto Hold
Autolamp Automatic On/Off Headlamps with Rainlamp
**Ford Co-Pilot360:** Pre-Collision Assist with Automatic Emergency Braking (AEB); Rear View Camera; Auto High-Beam Headlamps; BLIS® (Blind Spot Information System) with Cross-Traffic Alert; and Lane-Keeping System
Hill Start Assist
Post-Collision Braking
Reverse Sensing System
Side-Wind Stabilization
Trailer Sway Control

### APPEARANCE
Black mesh grille insert with chrome bars
Black roof-rack side rails, mirror caps, bodyside cladding and wheel-lip moldings
Body-color door handles
Chrome bodyside cladding inserts and liftgate appliqué
Front door-sill scuff plates with embossed "EXPLORER" logo
LED headlamps, signature lighting, fog lamps and taillamps
Privacy glass on all rear windows
Silver-painted front and rear skid-plate elements

### COMFORT & CONVENIENCE
1st-row heated bucket seats and full center console with armrest and storage
2nd-row 35/30/35 split fold-flat seat with E-Z Entry and recline
3rd-row 50/50 split fold-flat seat
10-way power driver's seat and 8-way power front-passenger seat
1st- and 2nd-row carpeted floor mats
6.5" LCD productivity screen in instrument cluster
12V powerpoints (4)
ActiveX™ Seating Material
Cargo tie-down hooks (4) and cargo net hooks (4)
Configurable daytime running lamps
Cupholders (10)
Dual 2nd-row smart-charging USB ports
Easy Fuel® capless fuel filler
Intelligent Access with push-button start
Leather-wrapped steering wheel
Manual-folding sideview mirrors with power, heated glass and security approach lamps
Manual-tilt/-telescoping steering column
Power door locks with autolock and auto unlock
Power liftgate
Power windows, 1st-row one-touch-up/-down feature
Remote Start System¹
Speed-sensitive, variable-intermittent windshield wipers with washer; intermittent/continuous rear wiper with washer
Steering wheel-mounted cruise, audio and 5-way controls
Tri-zone electronic automatic temperature control with auxiliary rear controls

### CONNECTIVITY & ENTERTAINMENT
AM/FM stereo with 6 speakers
SYNC® 3 with 8" LCD touchscreen in center stack, AppLink,® Apple CarPlay® compatibility, Android Auto™ compatibility, and 2 smart-charging USB ports

### SAFETY & SECURITY
Personal Safety System™ for driver and front passenger includes dual-stage front airbags²
Driver's knee airbag²
Front-seat side airbags²
Glove-box-door-integrated knee airbag²
Safety Canopy® System with side-curtain airbags² and rollover sensor
AdvanceTrac® with RSC® (Roll Stability Control™) and Curve Control
Child-safety rear door locks
Individual Tire Pressure Monitoring System (excludes spare)
MyKey® technology to help encourage responsible driving
Perimeter alarm
SecuriCode® invisible keypad
SecuriLock® Passive Anti-Theft System

### AVAILABLE FEATURES
Intelligent 4WD; Terrain Management System™ with 7 Selectable Drive Modes; and Hill Descent Control™



Sandstone ActiveX
Seating Material / 1–6, 9

Ebony ActiveX
Seating Material / 1–9

**18" PAINTED ALUMINUM**
*Standard*

1 Oxford White
2 Agate Black Metallic
3 Carbonized Gray Metallic
4 Iconic Silver Metallic
5 Star White Metallic Tri-coat³
6 Rapid Red Metallic Tinted Clearcoat³
7 Stone Gray Metallic
8 Infinite Blue Metallic Tinted Clearcoat³
9 Atlas Blue Metallic

Colors are representative only. See your dealer for actual paint/trim options.
**1.** Restrictions apply. **2.** Always wear your safety belt and secure children in the rear seat. **3.** Additional charge.

caribe.ford.com | centroamerica.ford.com



# LIMITED

Ford Explorer Limited was designed to help make your daily routine easier. From the 2nd-row 35/30/35 split fold-flat seat with E-Z Entry that helps make access to the 3rd row effortless, to the hands-free, foot-activated liftgate that opens or closes with a simple kick of your foot under the bumper, everything in here was thoughtfully designed with you in mind.

A simple press of a button quickly folds down the 3rd-row seat to give you more room. And a 360-Degree Camera with Split-View Display helps you navigate tight spots with ease. In Explorer, there's no limit to convenience.

**Limited.** Atlas Blue Metallic.

**2021 FORD EXPLORER®**  |  XLT  |  LIMITED

caribe.ford.com | centroamerica.ford.com



**2.3L ECOBOOST® I-4** WITH AUTO START-STOP TECHNOLOGY
**10-SPEED AUTOMATIC TRANSMISSION**

# LIMITED

## LIMITED INCLUDES SELECT XLT FEATURES, PLUS:

### MECHANICAL
Intelligent 4WD; Terrain Management System™ with
7 Selectable Drive Modes; and Hill Descent Control™
P255/55R20 all-season BSW tires

### FORD CO-PILOT360™ TECHNOLOGY
360-Degree Camera with Split-View Display
**Ford Co-Pilot360 Assist+:** Adaptive Cruise Control, Evasive
Steering Assist, and Voice-Activated Touchscreen Navigation
System[1] with pinch-to-zoom capability
Forward Sensing System
Rain-Sensing Windshield Wipers

### APPEARANCE
Bright silver-painted mesh grille insert with chrome bars
Chrome door handle inserts and dual exhaust tips
High-gloss black mirror caps
Satin roof-rack side rails

### COMFORT & CONVENIENCE
1st-row heated/ventilated seats and driver's side memory
2nd-row sunblinds
3rd-row PowerFold® seat
12V powerpoints (3)
110V/150W AC power outlet
Ambient lighting
Auto-dimming rearview mirror
Hands-free, foot-activated liftgate
Heated 2nd-row seats
Leather-trimmed 1st- and 2nd-row seating surfaces
with micro-perforated inserts
Power-folding, power, heated sideview mirrors with autofold,
LED turn signal indicators, security approach lamps
and memory
Power-tilt/-telescoping steering column
Wireless charging pad

### CONNECTIVITY & ENTERTAINMENT
B&O™ Sound System with 12 speakers



Sandstone Leather
with Perforated Inserts / 1–9

Ebony Leather
with Perforated Inserts / 1–9



**20" PREMIUM PAINTED ALUMINUM**
*Standard*

1 Oxford White

2 Agate Black Metallic

3 Carbonized Gray Metallic

4 Iconic Silver Metallic

5 Star White Metallic Tri-coat[2]

6 Rapid Red Metallic Tinted Clearcoat[2]

7 Stone Gray Metallic

8 Infinite Blue Metallic Tinted Clearcoat[2]

9 Atlas Blue Metallic

Colors are representative only. See your dealer for actual paint/trim options.
**1.** Availability varies by market. **2.** Additional charge.

**2021 FORD EXPLORER®** | XLT | LIMITED

caribe.ford.com | centroamerica.ford.com





**Limited.** Iconic Silver Metallic. Available and aftermarket equipment.

**Ford Genuine Parts & Service.** Keep your vehicle in optimum operating condition with scheduled maintenance service. Ford and Lincoln Dealership technicians know your vehicle inside and out. They are continuously trained by Ford Motor Company and the parts they use are specifically designed for your vehicle.  See your dealer for limited warranty information on Ford Original Accessories. Ford Licensed Accessories (FLA) are warranted by the accessory manufacturer's warranty. FLA are designed and developed by the accessory manufacturer and have not been designed or tested to Ford Motor Company engineering requirements. Contact your Ford Dealer for details and/or a copy of all limited warranties.

Ford and Oval Device, ActiveX, AdvanceTrac, AppLink, BLIS, Easy Fuel, EcoBoost, Explorer, Ford Co-Pilot360, Hill Descent Control, MyKey, Personal Safety System, PowerFold, Roll Stability Control, RSC, Safety Canopy, SecuriCode, SecuriLock, SelectShift, SYNC, Terrain Management System and related marks are trademarks of Ford Motor Company.

Comparisons based on competitive models excluding other Ford vehicles (class is Large Utilities), publicly available information and Ford certification data at time of release. Vehicles may be shown with optional equipment which may or may not be available in your market. Features may be offered only in combination with other options or subject to additional ordering requirements/limitations. Dimensions shown may vary due to optional features and/or production variability. Information is provided on an "as is" basis and could include technical, typographical or other errors. Ford makes no warranties, representations, or guarantees of any kind, express or implied, including but not limited to, accuracy, currency, or completeness, the operation of the information, materials, content, availability, and products. Ford reserves the right to change product specifications, pricing and equipment at any time without incurring obligations. Your Ford or Lincoln Dealer is the best source of the most up-to-date information on Ford and Lincoln vehicles. Colors are representative only. See your dealer for actual paint/trim options.

©2021 Ford Motor Company

**2021 FORD EXPLORER®** | XLT | LIMITED





**PERSONALIZE IT.**
For some people, aluminum wheels and splash guards are enough to set their vehicle apart. But others want to make their Explorer truly their own. Ford Accessories allow you to personalize your Explorer to your exact needs, interests, hobbies and more. And each accessory is designed specifically for your Explorer, so you can be assured of a perfect fit. See your dealer for a complete list of available Ford Accessories.

**accessories.ford.com**

caribe.ford.com | centroamerica.ford.com

