Exhibit 4





# BUILT FOR FAMILY ADVENTURES.

The name says it all: EXPLORER. And it does just that — empowering adventure-seekers and active families to pack up their gear, load up the gang, and head out. When the 4-door Explorer debuted nearly 3 decades ago, these category-defining vehicles created a new way to travel.

In that time, you've shared your experiences with us. And we've taken that input to heart. Your needs, wants and desires helped us craft this latest generation of the SUV that started it all. And as with those that came before it, we poured our passion, expertise and knowledge into building an Explorer that's made for you — and your family. By everyone within ours.

Introducing the all-new 2020 Ford Explorer.

**1,361-kg**
TRAILER TOW
RATING

SEATS
**7**



Three rows of seats create a comfortable traveling experience for all passengers.

**2.3L**
ECOBOOST®
ENGINE
Performance and efficiency are merged into one very exciting engine.

Limited. Star White Metallic Tri-coat.

**2020 EXPLORER** | XLT | LIMITED

caribe.ford.com | centroamerica.ford.com



# THE NEW LOOK OF CONFIDENCE.

The completely redesigned 2020 Ford Explorer has emerged more confident and handsomely trimmed than ever before to make heads turn wherever you take it. Sleek, sculpted contours and a striking beltline create the appearance of moving even when standing still. Wraparound LED headlamps and a bold front fascia and grille announce its arrival as it approaches. And 20" polished aluminum wheels[1] give Explorer a commanding stance.

Limited. Blue. [1]Available feature.

**2020 EXPLORER**  |  XLT  |  LIMITED

caribe.ford.com  |  centroamerica.ford.com





UP TO
**12**[1]
SPEAKERS

Screen display varies by market.

**HIGH-PERFORMANCE SOUND**
The B&O Sound System[1] delivers crystal
clear acoustics for pure listening enjoyment.

**DIAL IN SIMPLICITY**
A simple turn of the nicely calibrated
rotary gear shift dial moves the 10-speed
automatic transmission easily from Park
to Reverse to Drive.

**LEAVE CORDS AT HOME**
A wireless charging pad[1,2] positioned
conveniently in front of the center console
armrest lets your phone charge cord-free,
yet stay within reach.

**STAY CHARGED**
Up to 8 powerpoints,[1] including 2 new
USB-C ports, are located throughout the
Explorer interior to help keep everyone's
devices charged and ready to go.

**Limited. Ebony leather-trimmed seating surfaces.** [1]Available feature. [2]Available Qi wireless charging may not be compatible with all mobile phones.
BANG & OLUFSEN and B&O are registered trademarks of Bang & Olufsen Group. Licensed by Harman Becker Automotive Systems Manufacturing Kft. All rights reserved.

**2020 EXPLORER** | XLT | LIMITED

caribe.ford.com | centroamerica.ford.com





U.S. model shown.

# AS SPACIOUS AS IT IS SOPHISTICATED.

The 2020 Explorer offers a more spacious interior with increased cargo space compared to the previous generation. With available leather-trimmed seating for up to 7 passengers across 3 rows, and generous amounts of hip and leg room, all occupants will ride in comfort. Plus, driver and front-passenger heated and ventilated seats[1] up the essence of sophistication. And thanks to a new dual-wall dashboard between the engine and passenger compartments, as well as acoustic glass for the windshield and 1st-row windows, everyone will enjoy the quietest Explorer cabin ever.

Limited. Sandstone leather-trimmed seating surfaces. [1]Available feature.

**2020 EXPLORER** | XLT | LIMITED

caribe.ford.com | centroamerica.ford.com





# TURBOCHARGED EGO BOOST.

[ 2.3L ECOBOOST® I-4 ]

### ALL-AROUND PERFORMER.

The versatility of Explorer is matched by the 2.3L EcoBoost. Its 16-valve DOHC design features a twin-scroll turbocharger, cast-aluminum pistons, and an overboost function that lifts output on every gear change. Plus, it has more horsepower than the previous generation.

The 10-speed automatic transmission delivers smooth responsiveness and confident performance on every drive.

*Standard on XLT and Limited.*

MAX. TOWING CAPACITY[1] (KG) ⸱⸱⸱⸱⸱⸱⸱⸱ **1,361**

HORSEPOWER ⸱⸱⸱⸱⸱⸱⸱⸱ **300**[2]

TORQUE (LB.-FT.) ⸱⸱⸱⸱⸱⸱⸱⸱ **310**[2]

### EVERYWHERE IS AN ADVENTURE.

Explorer was designed as the ultimate getaway vehicle – as in, get far away from the everyday. Dynamic on- and off-road capability with Intelligent 4WD, and exceptional towing capacity open up a world of exciting adventure possibilities.

**Limited. Atlas Blue.** [1]When properly equipped. [2]Horsepower and torque ratings based on premium fuel per SAE J1349® standard. Your results may vary.

**2020 EXPLORER** | XLT | LIMITED

caribe.ford.com | centroamerica.ford.com





**7 SELECTABLE** DRIVE MODES

# MATCH YOUR MODE TO THE ROAD.

Create the ride experience you desire, or the one that conditions demand, with Selectable Drive Modes. Intelligent 4WD with the Terrain Management System™ offers 7 modes you can switch to with the turn of a dial. Choose from Normal, Sport, Eco, Tow/Haul, Slippery, Deep Snow/Sand, and Trail.

Limited. Iconic Silver.

**2020 EXPLORER** | XLT | LIMITED

caribe.ford.com | centroamerica.ford.com



**NORMAL**
You'll probably spend the most time here. Ideal for everyday driving on wet or dry paved roads. A balance of excitement and convenience.

**SPORT**
Increases throttle response, provides quicker shifts for a more aggressive feel, and allows the transmission to hold shifts longer to help Escape accelerate faster when shifting. For more "sporty" on-road driving.

**ECO**
Exactly as it sounds. Helps deliver maximum fuel efficiency and increased driving range.

**SLIPPERY**
For better handling on surfaces covered with ice, water, grass or gravel, this mode adjusts the pedal response and traction control.

**DEEP SNOW/SAND**
Adjusts the transmission shift schedule, pedal response, traction control and driveline configuration for better handling in deep snow or sand.

**TOW/HAUL**
Moves upshifts to higher engine speeds to reduce the transmission shift frequency when towing. It also provides engine braking in all forward gears to slow the vehicle and assist in control when descending a grade.

**DRIVE MODE**

**TRAIL**
Adjusts the transmission shift schedule, pedal progression, traction control and driveline configuration for better handling on muddy, rutted, soft or uneven terrain.

XLT. Atlas Blue.

**2020 EXPLORER** | XLT | LIMITED

caribe.ford.com | centroamerica.ford.com





**Limited. Rapid Red Metallic Tinted Clearcoat.** [1]Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. [2]Pre-Collision Assist with Automatic Emergency Braking can detect pedestrians, but not in all conditions and does not replace safe driving. See owner's manual for system limitations. [3]Lane-Keeping System does not control steering.

# READY WITH AN ASSIST.

From the driveway to the highway, Ford Co-Pilot360™[1] is designed to help you feel confidently in command. Even more inspiring: it comes standard on all 2020 Ford Explorer models.

## FORD CO-PILOT360



### PRE-COLLISION ASSIST WITH AUTOMATIC EMERGENCY BRAKING[2]
We should all drive defensively. By scanning the road ahead, this feature can alert you to potential collisions with vehicles or pedestrians in your path. If an impact is imminent and you don't take action, brakes can apply automatically. It only activates when needed.



### BLIS® WITH CROSS-TRAFFIC ALERT
Changing lanes demands your full attention. BLIS (Blind Spot Information System) can help by alerting you to vehicles detected in your blind spots. Cross-Traffic Alert helps by detecting and alerting you to traffic behind you as you're slowly backing up.



### LANE-KEEPING SYSTEM
It happens. Listening to your favorite podcast, you wander too close to your lane's edge. Our Lane-Keeping System[3] can alert you if you drift out of your lane, and can also apply steering wheel torque to help direct you to return to your lane. Stray a few times and a coffee cup icon lets you know it's time to take a break.



### AUTO HIGH-BEAM HEADLAMPS
Sound familiar? You turn on high beams entering a dark stretch of road – then forget to turn them off as traffic approaches. Auto High-Beam Headlamps can detect poor lighting and switch them on for you. They can also sense oncoming headlamps and dim automatically for other drivers.



### REAR VIEW CAMERA
Backing up requires a little multitasking. Our Rear View Camera helps by providing a great view of what's behind your vehicle. It also helps when you're lining up a trailer. A washer helps keep the camera free of debris (like dirt or snow), helping you navigate Reverse clearly and with more confidence.

*Standard on every 2020 Ford Explorer*



## FORD CO-PILOT360 ASSIST+



### INTELLIGENT ADAPTIVE CRUISE CONTROL
This next-level cruise control system helps you keep pace on your journey and can slow down or stop your vehicle if the traffic ahead has slowed or stopped. When things clear, it can resume your set speed.¹ Lane Centering helps keep Explorer between the lines.



### EVASIVE STEERING ASSIST
We've all experienced it. Traffic is rolling along smoothly when suddenly, a vehicle in your path is stopped. To help avoid a potential collision, Evasive Steering Assist can provide extra assist to help you quickly steer around the vehicle.



### VOICE-ACTIVATED NAVIGATION²
The Voice-Activated Touchscreen Navigation System delivers turn-by-turn directions and vivid 3-D maps on the SYNC® 3 touchscreen. Pinch-to-zoom capability allows for a closer look.

*Standard on Limited*

## ADDITIONAL TECHNOLOGY



### 360-DEGREE CAMERA
True to its name, the 360-Degree Camera with Split-View Display lets you see around Explorer, from every side. Very helpful while centering in a parking spot or while navigating a tight section of trail.

*Standard on Limited*



¹If stop is longer than 3 seconds, driver must intervene and press "RES" button or accelerator pedal to resume system operation. ²Availability varies by market.



# STAY CONNECTED.

This vibrant 8" touchscreen is the command center of SYNC® 3 voice-activated technology,[1,2] which integrates your paired mobile phone with Ford Explorer. Make calls. Send and receive text messages. And so much more. Just swipe left or right, or use simple voice commands, to help ensure that your life doesn't miss a beat.

 androidauto

### SPEAK AND SYNC LISTENS

With your voice and your choice of display. SYNC 3 voice-activated technology[1,2] connects your tech with your Explorer, and puts you smartly in control with simple voice commands, or a quick tap or swipe of its standard 8" touchscreen. SYNC 3 AppLink[3] gives you voice control of compatible mobile apps, too. Rather see your phone's familiar interface[4] on the big screen? Take your pick.

[1]Don't drive while distracted. Use voice-operated systems when possible; don't use handheld devices while driving. Some features may be locked out while the vehicle is in gear. Not all features are compatible with all phones. Functionality varies by market. [2]Availability varies by market. [3]Certain restrictions, 3rd-party terms and data rates may apply. See your Ford Dealer for details. Commands may vary by phone and AppLink software. [4]Requires phone with active data service and compatible software. SYNC does not control 3rd-party products while in use. 3rd parties are solely responsible for their respective functionality.

Android and Android Auto are trademarks of Google Inc. Apple and Apple CarPlay are trademarks of Apple Inc., registered in the U.S. and other countries.



U.S. model shown. Screen display varies by market.





U.S. model shown.

**1,222 mm**
BETWEEN
WHEEL WELLS
Gives you room to fit
more gear, more cargo,
more DIY materials.

# TAKES YOU EVERYWHERE WITH EVERYTHING YOU WANT.

Each day starts a new adventure. We designed Explorer to quickly adapt. Weekend in the great outdoors?
Maximize cargo room by folding the 2nd- and 3rd-row seats flat. Afternoon foursome? It can accommodate
4 sets of golf clubs behind the folded 3rd-row seats. With our convenient PowerFold® feature,[1] folding them
down is as simple as pressing a button. Whatever the day brings, Explorer adapts right along with you.

| POWERFOLD 3RD-ROW SEATS[1] | FOLD-FLAT 2ND-ROW SEATS | 2,487 LITERS OF CARGO SPACE[2] |

[1]Available feature. [2]With 2nd- and 3rd-row seats folded down. Cargo and load capacity limited by weight and weight distribution.

**2020 EXPLORER | XLT | LIMITED**

caribe.ford.com | centroamerica.ford.com



# EASY TO ACCESS AND CLOSE.

Even a little bit of convenience can make a big impact on your life. Like the power liftgate, standard on Explorer XLT, that allows you to open or close the liftgate with the simple press of a button. Or the ultimate in ease, the hands-free, foot-activated liftgate, standard on Limited. It only takes a gentle kicking motion under the rear bumper to open – or close it. Perfect for when your arms are full. You can even adjust how high the liftgate opens.



### STEP UP EASILY
Convenient step pads near the base of the 2nd-row outboard seats make it easier to load additional cargo up top.

### LOAD IT CONVENIENTLY
A simple kick of your foot beneath the Explorer rear bumper opens or closes the hands-free, foot-activated liftgate.[1]

**XLT. Iconic Silver.** [1]Available feature.

**2020 EXPLORER** | XLT | LIMITED

# ENHANCEMENTS INSPIRED BY YOU.

In meticulously recrafting Explorer, we took notes and gathered suggestions from our toughest critics: you. By focusing on what you loved – and what you didn't – we created an Explorer guaranteed to elevate your level of satisfaction.



**2ND-ROW SUNBLINDS[1]**

**SECURICODE™ KEYLESS ENTRY KEYPAD**

**POWER-FOLDING SIDEVIEW MIRRORS WITH AUTOFOLD AND MEMORY[1]**



**PUSH-BUTTON START**

**E-Z ENTRY 2ND-ROW SEATS**

**2ND-ROW USB AND USB-C CHARGE PORTS + 110V/150W AC POWER OUTLET[1]**








U.S. model shown.





[1] Available feature.

**2020 EXPLORER** | XLT | LIMITED



# THE ADVENTURE-SEEKERS' BEST FRIEND.



### MAX. EXTERIOR DIMENSIONS [mm]

| | |
|---|---|
| Wheelbase: | **3,025** |
| Length: | **5,049** |
| Height: | **1,782** |
| Width – Mirrors folded: | **2,099** |
| Width – Including mirrors: | **2,268** |

### MAX. INTERIOR DIMENSIONS [mm]

| | 1st/2nd/3rd row |
|---|---|
| Head room: | **1,035 / 1,028 / 988** |
| Leg room: | **1,093 / 991 / 817** |
| Hip room: | **1,504 / 1,501 / 1,038** |
| Shoulder room: | **1,570 / 1,573 / 1,388** |

### MAX. INTERIOR CAPACITIES [liters]

| | |
|---|---|
| Cargo volume behind 1st row:[1] | **2,487** |
| Cargo volume behind 2nd row: | **1,357** |
| Cargo volume behind 3rd row: | **516** |

**U.S. model shown. Rich Copper Metallic Tinted Clearcoat.** [1]With 2nd- and 3rd-row seats folded down. Cargo and load capacity limited by weight and weight distribution.

**2020 EXPLORER** | XLT | LIMITED

caribe.ford.com | centroamerica.ford.com



# XLT

BLACK MESH GRILLE WITH CHROME BARS

10-WAY POWER DRIVER'S SEAT

SECURICODE™ INVISIBLE KEYPAD

**Versatile seating and distinctive options** define the adaptable XLT, our most popular Explorer. 2nd-row 35/30/35 split fold-flat seat with E-Z Entry features access to dual smart-charging USB ports in the rear of the front-row center console. These join functional standards like a leather-wrapped steering wheel, and step pads in the 2nd row that allow you easier access to the roof to add cargo there if necessary. The continued level of refinement is backed by high-end synthetic ActiveX seating material.



**COLORS**: Oxford White, Star White Metallic Tri-coat,[1] Iconic Silver,[2] Silver Spruce,[2] Magnetic,[2] Rapid Red Metallic Tinted Clearcoat,[1] Rich Copper Metallic Tinted Clearcoat,[1] Blue,[2] Atlas Blue,[2] Agate Black[2]

**Available and aftermarket equipment shown.** [1]Additional charge. [2]Metallic.





**ACTIVEX SEATING SURFACES**: Sandstone, Ebony





**18"**
PAINTED ALUMINUM
*Standard*

**2.3L ECOBOOST® I-4** WITH AUTO START-STOP TECHNOLOGY
**10-SPEED SELECTSHIFT® AUTOMATIC TRANSMISSION**

## XLT STANDARD FEATURES:

### MECHANICAL
3.58 rear axle ratio
4-wheel disc Anti-Lock Brake System (ABS)
67-liter fuel tank
Active grille shutters
Compact spare wheel and tire
EcoCoach efficient driving assistant
Electric power-assisted steering
Intelligent 4WD; Terrain Management System™ with 7 Selectable Drive modes; and Hill Descent Control™
Intelligent Oil-Life Monitor®
P265/60R18 all-season BSW tires
Rotary gear shift dial

### FORD CO-PILOT360™ TECHNOLOGY
AdvanceTrac® with RSC® (Roll Stability Control™) and Curve Control
Auto Hold
Autolamp Automatic On/Off Headlamps with Rainlamp
**Ford Co-Pilot360**: Pre-Collision Assist with Automatic Emergency Braking (AEB); Rear View Camera; Auto High-Beam Headlamps; BLIS® (Blind Spot Information System) with Cross-Traffic Alert; and Lane-Keeping System
Hill Start Assist
Post-Collision Braking
Reverse Sensing System
Side-Wind Stabilization
Trailer Sway Control

### APPEARANCE
Black mesh grille insert with chrome bars
Black roof-rack side rails, mirror caps, bodyside cladding and wheel-lip moldings
Body-color door handles
Chrome bodyside cladding inserts and liftgate appliqué
Front door-sill scuff plates with embossed "EXPLORER" logo
LED headlamps, signature lighting, fog lamps and taillamps
Privacy glass on all rear windows
Silver-painted front and rear skid plate elements

### COMFORT & CONVENIENCE
1st-row bucket seats and full center console with armrest and storage
2nd-row 35/30/35 split fold-flat seat with E-Z Entry and recline
3rd-row 50/50 split fold-flat seat
10-way power driver's seat and 8-way power front-passenger seat
1st- and 2nd-row carpeted floor mats
6.5" LCD productivity screen in instrument cluster
12V powerpoints (4)
ActiveX seating surfaces
Cargo tie-down hooks (4) and cargo net hooks (4)
Configurable daytime running lamps
Cupholders (10)
Dual 2nd-row smart-charging USB ports
Easy Fuel® capless fuel filler
Intelligent Access with push-button start
Leather-wrapped steering wheel
Manual-tilt/-telescoping steering column
Power door locks with autolock and auto unlock
Power, heated sideview mirrors with security approach lamps
Power liftgate
Power windows, 1st-row one-touch-up/-down feature
Remote Start System[1]
Speed-sensitive, variable-intermittent windshield wipers with washer; 2-speed rear wiper with washer
Steering wheel-mounted cruise, audio and 5-way controls
Tri-zone electronic automatic temperature control with auxiliary rear controls

### CONNECTIVITY & ENTERTAINMENT
AM/FM stereo with 6 speakers
SYNC® 3 with 8" LCD touchscreen in center stack, AppLink,® Apple CarPlay® compatibility, Android Auto™ compatibility, and 2 smart-charging USB ports

### SAFETY & SECURITY
Personal Safety System™ for driver and front passenger includes dual-stage front airbags;[2] safety belt pretensioners, safety belt energy-management retractors, safety belt usage sensors, driver's seat position sensor, crash severity sensor, restraint control module and Front-Passenger Sensing System
Driver's knee airbag[2]
Front-seat side airbags[2]
Glove-box-door-integrated knee airbag[2]
Safety Canopy™ System with side-curtain airbags[2] and rollover sensor
Child-safety rear door locks
Individual Tire Pressure Monitoring System (excludes spare)
MyKey® technology to help encourage responsible driving
Perimeter alarm
SecuriCode™ invisible keypad
SecuriLock® Passive Anti-Theft System

[1]Availability varies by market. [2]Always wear your safety belt and secure children in the rear seat.



# LIMITED¹

BRIGHT SILVER-PAINTED GRILLE

LEATHER-TRIMMED 1ST- AND 2ND-ROW SEATING

POWERFOLD® 3RD-ROW SEAT

**If convenience matters most to you**, Explorer Limited is engineered to help. 2nd-row 35/30/35 split fold-flat seat with E-Z Entry helps make access to the 3rd row effortless. To easily load packages in its spacious cargo area,² just wave your foot under the hands-free, foot-activated liftgate. And if more room is needed, simply press a button to fold down the 3rd-row seat. Navigate tight spots easily by looking to the 360-Degree Camera with Split-View Display. Charge your mobile phone, cord-free, with the convenient wireless charging pad.³ 2nd-row sunblinds help keep children in the shade. A B&O Sound System features 12 high-performance speakers. Crank it up. Move out.



**COLORS**: Oxford White, Star White Metallic Tri-coat,⁴ Iconic Silver,⁵ Silver Spruce,⁵ Magnetic,⁵ Rapid Red Metallic Tinted Clearcoat,⁴ Rich Copper Metallic Tinted Clearcoat,⁴ Blue,⁵ Atlas Blue,⁵ Agate Black⁵

¹Limited is available in Dominican Republic and Panama only. ²Cargo and load capacity limited by weight and weight distribution. ³Qi wireless charging may not be compatible with all mobile phones. ⁴Additional charge. ⁵Metallic.

caribe.ford.com | centroamerica.ford.com





**LEATHER-TRIMMED SEATING SURFACES**: Sandstone, Ebony



**20"**
POLISHED ALUMINUM
*Standard*

## 2.3L ECOBOOST® I-4 WITH AUTO START-STOP TECHNOLOGY
## 10-SPEED SELECTSHIFT® AUTOMATIC TRANSMISSION

**LIMITED[1] INCLUDES SELECT XLT FEATURES, PLUS:**

**MECHANICAL**
P255/55R20 all-season BSW tires

**FORD CO-PILOT360™ TECHNOLOGY**
360-Degree Camera with Split-View Display and washer
**Ford Co-Pilot360 Assist+:** Intelligent Adaptive Cruise Control, Evasive Steering Assist, and Voice-Activated Touchscreen Navigation System with pinch-to-zoom capability
Forward Sensing System
Rain-Sensing Windshield Wipers

**APPEARANCE**
Bright silver-painted mesh grille insert with chrome bars
Chrome door handle inserts and dual exhaust tips
High-gloss black mirror caps
Satin roof-rack side rails

**COMFORT & CONVENIENCE**
1st-row heated/ventilated seats and driver's side memory
2nd-row sunblinds
3rd-row PowerFold® seat
12V powerpoints (3)
110V/150W AC power outlet
Ambient lighting
Auto-dimming rearview mirror
Hands-free, foot-activated liftgate
Heated 2nd-row seats
Heated steering wheel
Leather-trimmed 1st- and 2nd-row seating surfaces with micro-perforated inserts
Power-folding, power, heated sideview mirrors with autofold, LED turn signal indicators, security approach lamps, and memory
Power-tilt/-telescoping steering column
Windshield wiper de-icer
Wireless charging pad

**CONNECTIVITY & ENTERTAINMENT**
B&O Sound System with 12 speakers

[1] Limited is available in Dominican Republic and Panama only.





FORD **ACCESSORIES**



**PERSONALIZE IT.**

For some people, aluminum wheels and splash guards are enough to set their vehicle apart. But others want to make their Explorer truly their own. Ford Accessories allow you to personalize your Explorer to your exact needs, interests, hobbies and more. And each accessory is designed specifically for your Explorer, so you can be assured of a perfect fit. See your dealer for a complete list of available Ford Accessories.

**accessories.ford.com**

**Ford Genuine Parts & Service.** Keep your vehicle in optimum operating condition with scheduled maintenance service. Ford and Lincoln Dealership technicians know your vehicle inside and out. They are continuously trained by Ford Motor Company and the parts they use are specifically designed for your vehicle. ☐ See your dealer for limited warranty information on Ford Original Accessories. Ford Licensed Accessories (FLA) are warranted by the accessory manufacturer's warranty. FLA are designed and developed by the accessory manufacturer and have not been designed or tested to Ford Motor Company engineering requirements. Contact your Ford Dealer for details and/or a copy of all limited warranties.

Comparisons based on competitive models excluding other Ford vehicles (class is Large Utilities based on Ford segmentation), publicly available information and Ford certification data at time of printing. Vehicles may be shown with optional equipment which may or may not be available in your market. Features may be offered only in combination with other options or subject to additional ordering requirements/limitations. Dimensions shown may vary due to optional features and/or production variability. Information is provided on an "as is" basis and could include technical, typographical or other errors. Ford makes no warranties, representations, or guarantees of any kind, express or implied, including but not limited to, accuracy, currency, or completeness, the operation of the information, materials, content, availability, and products. Ford reserves the right to change product specifications, pricing and equipment at any time without incurring obligations. Your Ford or Lincoln Dealer is the best source of the most up-to-date information on Ford and Lincoln vehicles. Colors are representative only. See your dealer for actual paint/trim options.

©2019 Ford Motor Company

**2020 EXPLORER** | XLT | LIMITED

caribe.ford.com | centroamerica.ford.com

