# Exhibit 6

OMB Control No.: 2127-0004

# Part 573 Safety Recall Report     21V-735

| | |
|---|---|
| **Manufacturer Name:** | Ford Motor Company |
| **Submission Date:** | SEP 23, 2021 |
| **NHTSA Recall No.:** | 21V-735 |
| **Manufacturer Recall No.:** | 21S44 |



## Manufacturer Information:

**Manufacturer Name:** Ford Motor Company
**Address:** 330 Town Center Drive
Suite 500 Dearborn MI 48126-2738
**Company phone:** 1-866-436-7332

## Population:

**Number of potentially involved:** 228,297
**Estimated percentage with defect:** 44 %

## Vehicle Information:

**Vehicle 1:** 2020-2021 Ford Explorer
**Vehicle Type:** LIGHT VEHICLES
**Body Style:** ALL
**Power Train:** NR
**Descriptive Information:** The prior version software was introduced into production on 10/19/2018 at the Chicago Assembly Plant and was taken out of production on 09/07/2021.

This condition affects certain Explorer vehicles equipped with the 360-degree camera; units with the rearview camera only are not affected.

These vehicles are not produced in VIN order. Information as to the applicability of this action to specific vehicles can best be obtained by either calling Ford's toll-free line (1-866-436-7332) or by contacting a local Ford or Lincoln dealer who can obtain specific information regarding the vehicles from the Ford On-line Automotive Service Information System (OASIS) database.

165,191 Explorer vehicles are affected

**Production Dates:** OCT 10, 2018 - SEP 07, 2021
**VIN Range 1: Begin:** NR     **End:** NR     ☐ Not sequential

|  |  |
|---|---|
| Vehicle 2 : | 2020-2021 Lincoln Corsair |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | ALL |
| Power Train : | NR |
| Descriptive Information : | The prior version software was introduced into production on 01/07/2019 at the Louisville Assembly Plant and was taken out of production on 09/07/2021.<br><br>This condition affects certain Corsair vehicles equipped with the 360-degree camera; units with the rearview camera only are not affected.<br><br>These vehicles are not produced in VIN order.  Information as to the applicability of this action to specific vehicles can best be obtained by either calling Ford's toll-free line (1-866-436-7332) or by contacting a local Ford or Lincoln dealer who can obtain specific information regarding the vehicles from the Ford On-line Automotive Service Information System (OASIS) database.<br><br>17,008 Corsair vehicles are affected |
| Production Dates : | JAN 07, 2019 - SEP 07, 2021 |
| VIN Range 1 : Begin : | NR        End : NR        ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 3 : | 2020-2021 Lincoln Aviator |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | ALL |
| Power Train : | NR |
| Descriptive Information : | The prior version software was introduced into production on 10/19/2018 at the Chicago Assembly Plant and was taken out of production on 09/02/2021.<br><br>These vehicles are not produced in VIN order.  Information as to the applicability of this action to specific vehicles can best be obtained by either calling Ford's toll-free line (1-866-436-7332) or by contacting a local Ford or Lincoln dealer who can obtain specific information regarding the vehicles from the Ford On-line Automotive Service Information System (OASIS) database.<br><br>46,098 Aviator vehicles are affected |
| Production Dates : | OCT 19, 2018 - SEP 02, 2021 |
| VIN Range 1 : Begin : | NR        End : NR        ☐ Not sequential |

**Description of Defect :**

| | |
|---|---|
| Description of the Defect : | The video information from one or more of the 360 cameras, which includes the rear view camera, may fail to feed to the SYNC display screen during some key cycles. The issue is intermittent and may recover during subsequent ignition cycles. Once present, the issue will likely reoccur on the same camera (s) intermittently. Loss of rear camera image while backing increases the risk of a crash. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | Loss of rear camera image while reversing increases the risk of a crash. |
| Description of the Cause : | An unused general purpose output pin on the digital camera was left open. If this pin is not pulled low it may be affected by leakage current, resulting in a loss of video output. |
| Identification of Any Warning that can Occur : | None |

**Involved Components :**

| | |
|---|---|
| Component Name 1 : | Rear Camera |
| Component Description : | Explorer |
| Component Part Number : | LB5T-19G490-D |

| | |
|---|---|
| Component Name 2 : | Rear Camera |
| Component Description : | Aviator |
| Component Part Number : | LC5T-19G490-D |

| | |
|---|---|
| Component Name 3 : | Rear Camera |
| Component Description : | Corsair |
| Component Part Number : | LJ7T-19G490-B |

| | |
|---|---|
| Component Name 4 : | IPMB |
| Component Description : | Explorer |
| Component Part Number : | LB5T-19H423-A |

Component Name 5 : IPMB
Component Description : Aviator
Component Part Number : LC5T-19H423-A

Component Name 6 : IPMB
Component Description : Corsair
Component Part Number : LJ7T-19H423-A

**Supplier Identification :**

**Component Manufacturer**

Name : Magna Electronics
Address : 10410 N. Holly Road
Holly  48442
Country : NR

**Chronology :**

March 9, 2021: Ford's Critical Concerns Review Group (CCRG) opened an investigation into reports of intermittent loss of image on the rearview camera display identified on China market vehicles. 359 warranty claims were identified as responsive to this concern.

March – April 2021: Warranty claims and VOQs were reviewed. 14 VOQs were identified, and CCRG determined the vehicle population was compliant to FMVSS 111 when reviewing low time in service claims. CCRG aligned on continued monitoring of warranty rates and VOQ to determine if a safety defect existed.

June-July 2021: Ford released an IPMB software service fix that addressed this and other quality items on June 16, 2021.

August 2021: The CCRG monitoring effort identified an increase to 1867 warranty reports and 27 VOQs related to this concern. Warranty trend data indicates higher failure rates after 18 months in service

On September 15, 2021, Ford's Field Review Committee reviewed the concern and approved a field action.

Ford is aware of two reported accidents, and not aware of any reports of injury related to this condition.

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | Owners will be notified by mail and instructed to take their vehicle to a Ford or Lincoln dealer to have the image processing module (IPMB) software updated.  There will be no charge for this service.<br><br>Ford is excluding reimbursement for costs because the original warranty program would provide for a free repair for this concern.<br><br>Ford will forward a copy of the notification letters to dealers to the agency when available. |
| How Remedy Component Differs from Recalled Component : | The IPMB software update LB5T-14F017-AP will control the digital camera general purpose output pin low. |
| Identify How/When Recall Condition was Corrected in Production : | Production IPMB LB5T-19H423-AR, LC5T-19H423-AR, LJ7T-19J201-AR, and LV4T-19J201-AR will include the software fix to address this condition.  This was introduced into production on September 15, 2021. |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | Notification to dealers is expected to occur on September 23, 2021. Mailing of owner notification letters is expected to begin October 7, 2021 and is expected to be completed by October 14, 2021. |
| Planned Dealer Notification Date : | SEP 23, 2021 - SEP 23, 2021 |
| Planned Owner Notification Date : | OCT 07, 2021 - OCT 14, 2021 |

\* NR - Not Reported