# Exhibit 9



David J. Johnson  
Director  
Service Engineering Operations  
Ford Customer Service Division

Ford Motor Company  
P. O. Box 1904  
Dearborn, Michigan 48121

September 23, 2021

**TO:** All U.S. Ford and Lincoln Dealers

**SUBJECT:** **NEW VEHICLE DEMONSTRATION / DELIVERY HOLD -**
**Safety Recall 21S44**
Certain 2020-2021 Model Year Multiple Vehicle Lines with 360 Degree Cameras Inoperative 360 Degree Cameras with a Blue Screen

**REF:** SSM: 49980

### AFFECTED VEHICLES

| Vehicle | Model Year | Assembly Plant | Build Dates |
|---|---|---|---|
| Aviator | 2020-2021 | Chicago | October 19, 2018 through September 2, 2021 |
| | | Chicago SHO | September 14, 2020 through August 25, 2021 |
| Corsair | 2020-2021 | Louisville | January 7, 2019 through September 7, 2021 |
| Explorer | 2020-2021 | Chicago | October 19, 2018 through September 5, 2021 |
| | | Chicago SHO | September 14, 2020 through September 7, 2021 |

Affected vehicles are identified in OASIS and FSA VIN Lists.

### REASON FOR THIS SAFETY RECALL

In some of the affected vehicles, an issue within the 360° cameras may cause the video information from one or more of the 360° cameras, including the rear view camera, to fail to feed to the SYNC display screen during some key cycles when the vehicle is shifted into reverse. If this occurs, the SYNC screen will display a blue screen. The issue is intermittent and may recover during subsequent ignition cycles. The loss of the rear camera image during a reverse action increases the risk of crash.

### SERVICE ACTION

Before demonstrating or delivering any new in-stock vehicles involved in this recall, dealers are to reprogram the image processing module B (IPMB) using the Ford Diagnostic and Repair System (FDRS). Once complete, perform the 360° camera alignment procedure. This service must be performed on all affected vehicles at no charge to the vehicle owner.

**NOTE**: Integrated Diagnostic Software (IDS) cannot be used for programming on the 2020-2021 vehicles in this program.

### OWNER NOTIFICATION MAILING SCHEDULE

Owner letters are expected to be mailed the week of October 04, 2021. Dealers should repair any affected vehicles that arrive at their dealerships, whether or not the customer has received a letter.

### PLEASE NOTE:

**Federal law requires dealers to complete this recall service before a new vehicle is delivered to the buyer or lessee. Violation of this requirement by a dealer could result in a civil penalty of up to $21,000 per vehicle. Correct all vehicles in your new vehicle inventory before delivery.**

© Copyright 2021 Ford Motor Company

**ATTACHMENTS**

Attachment I:       Administrative Information
Attachment II:      Labor Allowances and Parts Ordering Information
Attachment III:     Technical Information
Owner Notification Letters

**QUESTIONS & ASSISTANCE**

For questions and assistance, contact the Special Service Support Center (SSSC) via the SSSC Web Contact Site. The SSSC Web Contact Site can be accessed through the Professional Technician System (PTS) website using the SSSC link listed at the bottom of the OASIS VIN report screen or listed under the SSSC tab.

Sincerely,

David J. Johnson

© Copyright 2021 Ford Motor Company

**ATTACHMENT I**
Page 1 of 2

**NEW VEHICLE DEMONSTRATION / DELIVERY HOLD -
Safety Recall 21S44**
Certain 2020-2021 Model Year Multiple Vehicle Lines with 360 Degree Cameras
Inoperative 360 Degree Cameras with a Blue Screen

### OASIS ACTIVATION
OASIS will be activated on September 23, 2021

### FSA VIN LISTS ACTIVATION
FSA VIN Lists will be available through https://web.fsavinlists.dealerconnection.com on September 23, 2021. Owner names and addresses will be available by October 18, 2021.

**NOTE:** Your FSA VIN Lists may contain owner names and addresses obtained from motor vehicle registration records. The use of such motor vehicle registration data for any purpose other than in connection with this recall is a violation of law in several states, provinces, and countries. Accordingly, you must limit the use of this listing to the follow-up necessary to complete this recall.

### SOLD VEHICLES
- Ford has not issued instructions to stop selling/delivering or driving used vehicles under this safety recall. Owners should contact their dealer for an appointment to have their vehicles remedied as soon as practicable. Owners can continue to safely drive their vehicles.
- Immediately contact any of your affected customers whose vehicles are not on your VIN list but are identified in OASIS. Give the customer a copy of the Owner Notification Letter (when available) and schedule a service date.
- Correct other affected vehicles identified in OASIS which are brought to your dealership.
- Dealers are to prioritize repairs of customer vehicles over repairs of new and used vehicle inventory.

### STOCK VEHICLES
- Correct all affected units in your new vehicle inventory before delivery.
- Use OASIS to identify any affected vehicles in your used vehicle inventory.

### DEALER-OPERATED RENTAL VEHICLES
The Fixing America's Surface Transportation (FAST) Act law effective June 2016 prohibits a rental company from selling, renting or leasing vehicles subject to a safety or compliance recall. Please consult your legal counsel for legal advice.

### TITLE BRANDED / SALVAGED VEHICLES
Affected title branded and salvaged vehicles are eligible for this recall.

### OWNER REFUNDS
Refunds are not approved for this program.

### RENTAL VEHICLES
Rental vehicles are not approved for this program.

© Copyright 2021 Ford Motor Company

<b>ATTACHMENT I</b><br>Page 2 of 2

<b>NEW VEHICLE DEMONSTRATION / DELIVERY HOLD -<br>
Safety Recall 21S44</b><br>
Certain 2020-2021 Model Year Multiple Vehicle Lines with 360 Degree Cameras<br>
Inoperative 360 Degree Cameras with a Blue Screen

**LINCOLN PICKUP AND DELIVERY**

Owners of 2017 MY and newer Lincoln vehicles have the option of requesting pickup and delivery service with a Lincoln loaner (up to 2 days), from their dealership. For details, reference EFC08708, 2021 Lincoln Pickup & Delivery Updates.

**ADDITIONAL REPAIR (LABOR TIME AND/OR PARTS)**

Additional repairs identified as necessary to complete the FSA should be managed as follows:

- For related damage and access time requirements, refer to the Warranty and Policy Manual / Section 6 – Ford & Lincoln Program Policies / General Information & Special Circumstances for FSA's / Related Damage.
- For vehicles within new vehicle bumper-to-bumper warranty coverage, no SSSC approval is required, although related damage must be on a separate repair line with the "Related Damage" radio button checked.
    - Ford vehicles – 3 years or 36,000 miles
    - Lincoln vehicles – 4 years or 50,000 miles
- For vehicles outside new vehicle bumper-to-bumper warranty coverage, submit an Approval Request to the SSSC Web Contact Site prior to completing the repair.

**CLAIMS PREPARATION AND SUBMISSION**

- **Claim Entry**: Enter claims using Dealer Management System (DMS) or One Warranty Solution (OWS) online.
    - When entering claims, select claim type 31: Field Service Action. The FSA number 21S44 is the sub code.
    - For additional claims preparation and submission information, refer to the Recall and Customer Satisfaction Program (CSP) Repairs in the OWS User Guide.
- **Related Damage/Additional labor and/or parts**: Must be claimed as Related Damage on a separate repair line from the FSA with same claim type and sub code as described in Claim Entry above.
  **IMPORTANT:** Click the Related Damage Indicator radio button.
- **Lincoln Pickup & Delivery:** Claims for Lincoln Pickup & Delivery with a Lincoln loaner (up to 2 days) should be submitted on a separate line from the FSA. Refer to EFC08708, 2021 Lincoln Pickup & Delivery Updates for details.

© Copyright 2021 Ford Motor Company

**ATTACHMENT II**
Page 1 of 1

# NEW VEHICLE DEMONSTRATION / DELIVERY HOLD -
## Safety Recall 21S44
Certain 2020-2021 Model Year Multiple Vehicle Lines with 360 Degree Cameras
Inoperative 360 Degree Cameras with a Blue Screen

**LABOR ALLOWANCES**

| Description | Labor Operation | Labor Time |
|---|---|---|
| Inspect for the availability of an IPMB software update - **PASS** (There is no IPMB software update available and the software level is at the latest version) **Recall Complete** | 21S44A | 0.3 Hours |
| Inspect for the availability of an IPMB software update - **DOES NOT PASS** (An IPMB software update is available) Program the IPMB to the latest software level using FDRS. | 21S44B | 0.7 Hours |

**PARTS REQUIREMENTS / ORDERING INFORMATION**

Parts are not required to complete this repair.

© Copyright 2021 Ford Motor Company

|  |
|---|
| ATTACHMENT III |
| PAGE 1 OF 2 |
| SAFETY RECALL 21S44 |

# CERTAIN 2020-2021 MODEL YEAR MULTIPLE VEHICLE LINES WITH 360 DEGREE CAMERAS — INOPERATIVE 360 DEGREE CAMERAS WITH A BLUE SCREEN

## SERVICE PROCEDURE

**Module Programming**

1. Connect a battery charger to the 12V battery.

**NOTE:** Verify that the negative cable of the charger is installed on a chassis or engine ground, and not the 12 volt battery negative terminal to prevent the battery saver mode from activating on the vehicle.

**NOTE**: If the diagnostic software does not load or if the vehicle cannot be identified properly, make sure there is a good internet connection and the Vehicle Communication Module II (VCM II) is properly connected to the Data Link Connector (DLC).

**NOTE:** Make sure the Ford Diagnostic and Repair System (FDRS) does not enter sleep mode during module configuration.

2. Launch FDRS.

**NOTE**: Vehicle information is automatically retrieved by the diagnostic software and a Network Test is run. Vehicle identification data appears on the screen when this is complete.

3. Click 'Read VIN from Vehicle' or manually enter the Vehicle Identification Number (VIN).

**NOTE**: Available modules are shown on the left hand (LH) side of the screen, and available procedures are listed on the right hand (RH) side of the screen. Modules that are communicating are highlighted in green.

4. Select Toolbox tab.

5. From the list on the LH side of the screen, select IPMB - Image Processing Module B (IPMB).

6. From the list on the RH side of the screen, select IPMB Software Update.

**NOTE:** If there is no IPMB software update available, and the software level is at version LB5T-14F017-AP or higher, no further action is required. The service repair is complete.

7. Click RUN. Follow all on-screen instructions carefully.

8. From the list on the RH side of the screen, select Self-Test and click RUN.

9. Click the Run Selected Tests button in the lower right.

10. Click the Clear & Retest button at the top of the screen to clear Diagnostic Trouble Codes (DTC's) in all modules.

11. Disconnect the battery charger from the 12V battery.

12. The repair is complete.

CPR © 2021 FORD MOTOR COMPANY
DEARBORN, MICHIGAN 48121
09/2021

|  |
|---|
| ATTACHMENT III<br>PAGE 2 OF 2<br>SAFETY RECALL 21S44 |

**Important Information for Module Programming**

**NOTE:** When programming a module, use the following basic checks to ensure programming completes without errors.

- Make sure the 12V battery is fully charged before carrying out the programming steps and connect FDRS/scan tool to a power source.

**NOTE:** A good internet connection is necessary to identify the vehicle and to load the diagnostic software.

- Inspect Vehicle Communication Module II (VCM II)/Vehicle Communication and Measurement Module (VCMM) and cables for any damage. Make sure scan tool connections are not interrupted during programming.
- A hardwired connection is strongly recommended.
- Turn off all unnecessary accessories (radio, heated/cooled seats, headlamps, interior lamps, HVAC system, etc.) and close doors.
- Disconnect/depower any aftermarket accessories (remote start, alarm, power inverter, CB radio,etc.).
- Follow all scan tool on-screen instructions carefully.
- Disable FDRS/scan tool sleep mode, screensaver, hibernation modes.
- Create all sessions Key On Engine Off (KOEO). Starting the vehicle before creating a session will cause errors within the programming inhale process.

**Recovering a module when programming has resulted in a blank module**

a. Disconnect the VCMII or VCMM from the Data Link Connector (DLC) and your PC.
b. After ten seconds, reconnect the VCMII/VCMM to the DLC and the PC. Launch FDRS. The VCMII/VCMM icon should turn green in the bottom right corner of the screen. If it does not, troubleshoot the FDRS to VCM connection.
c. If you are using the same FDRS as the initial programming attempt, select the appropriate VIN from the Vehicle Identification menu. If you are using a different FDRS, select "Read VIN from Vehicle" and proceed through the Network Test.
d. In the Toolbox menu, navigate to the failed module and Download/Run Programmable Module Installation (PMI). Follow the on-screen prompts. When asked if the original module is installed, select "No" and continue through the installation application.
e. Once programming has completed, a screen may list additional steps required to complete the programming process. Make sure all applicable steps are followed in order.

CPR © 2021 FORD MOTOR COMPANY
DEARBORN, MICHIGAN 48121
09/2021