# Exhibit 10

# Recalls And Customer Satisfaction Programs

Campaigns shown below are a list of possible open campaigns for the model and year of the vehicle you searched. They may not pertain to your specific vehicle. To validate open campaigns for your vehicle, you will need to search using your VIN.

## 2020 Explorer

 Recalls *

### Second row center seat belt buckle bolt not properly secured to seat

**Campaign/NHTSA#**

20S50/20V549

**Issue Date**

2020-09-10

**Description**

Certain 2020 model year Ford explorer vehicles second row center seat belt buckle not properly secured to seat

**Safety Risk**

Seats with inadequate seat belt buckle torque values may not properly restrain an occupant during a crash, increasing the risk of injury.

**Remedy**

Owners will be notified by mail and instructed to take their vehicle to a Ford dealer to replace the 2ND row center seat assembly. There will be no charge for this service.

## Driveshaft seam weld

## Campaign/NHTSA#

20S65/20V693

## Issue Date

2020-11-10

## Description

These vehicles were produced with a drive shaft that may fracture along the weld seam.

## Safety Risk

Defective drive shafts may lose the mechanical connection between the transfer case and rear axle which may result in unintended vehicle movement and/or loss of motive power. Defective drive shafts may also deform and separate from the driveline and potentially contact the fuel tank, increasing the risk of fuel leaks and/or fire. Ford is not aware of any accidents or injuries related to this condition.

## Remedy

Owners will be notified by mail and instructed to take their vehicle to a Ford or Lincoln dealer to have the drive shaft label inspected and the drive shaft replaced if needed. There will be no charge for this service. Ford is excluding reimbursement for costs because the original warranty program would provide for a free repair for this concern. Ford will forward a copy of the notification letters to dealers to the agency when available.

## Explorer rear axle bolt fracture

## Campaign/NHTSA#

22S27/22V255

## Issue Date

2022-04-14

## Description

Certain 2020-2022 model year explorer vehicles rear axle bolt fractures

## Safety Risk

In the affected vehicles, a rear axle mounting bolt may fracture during vehicle acceleration. A fractured rear axle bolt will allow the rear axle housing to move out of position, resulting in severe noise and vibration. If the rear axle bolt breaks, the driveshaft, or halfshafts may become disconnected, resulting in loss of transmission torque to the rear wheels. Transmission torque is necessary to hold the vehicle in park and is also needed for the vehicle to move forward or backward. The loss of the primary park torque will allow the vehicle to roll in park if the parking brake is not applied, increasing the risk of crash and injury.

## Remedy

Do not demonstrate or deliver any new in-stock vehicles involved in this safety recall. police units vin positions 5-7 are K8A part availability o note police units will only have a physical part repair. O parts are now available to perform all the repairs on affected police units. non-police units - before demonstrating or delivering any new in-stock vehicles involved in this recall, dealers are to reprogram the powertrain control module pcm to the latest level. This pcm update will engage the electronic parking brake every time the vehicle is shifted into park p. An engaged parking brake will not allow the vehicle to roll. This service must be performed on all affected vehicles at no charge to the vehicle owner. O note all pcm calibrations are now available. Note non-police units are provided with a one-time repair of the rear axle bolts and housing if needed under customer satisfaction program 22N06.

## Park system inspection and repair

## Campaign/NHTSA#

23S05/23V069

## Issue Date

2023-02-10

## Description

Your vehicle may have sustained transmission park system damage following a powertrain control module pcm reset caused by a connected vehicle data request.

## Safety Risk

If park system damage occurs, the system may not subsequently shift into park, which can result in unintended vehicle movement, increasing the risk of injury or crash.

## Remedy

Ford Motor Company has authorized your dealer to inspect your vehicle, and if necessary replace the transmission park system free of charge parts and labor.

## Washer fluid contamination

## Campaign/NHTSA#

21C01/21V014

## Issue Date

## Description

On your vehicle, it may be possible that the washer fluid in the windshield washer system was contaminated.

## Safety Risk

This contaminated washer fluid applied to the windshield may result in lowered visibility due to streaking or hazy residue increasing the risk of an accident. Contaminated fluid spray may also cause exterior appearance issues such as staining and discoloration of painted surfaces and exterior trim.

## Remedy

Ford Motor Company has authorized your dealer to remove all possible contaminated fluid from the windshield washer fluid system, replace incompatible parts, wash vehicle, and inspectreplace exterior surface components as needed free of charge parts and labor.

### Seat back bolt torque data missing

## Campaign/NHTSA#

20S48/20V497

## Issue Date

2020-08-21

## Description

On your vehicle, it may be possible that the front row seat back fasteners were not tightened to the proper torque during vehicle assembly.

## Safety Risk

This may affect the trajectory of the side air bag deployment and could prevent or delay the air bag cushion from positioning correctly, which may increase the risk of injury during a crash.

## Remedy

The Lincoln Motor Company has authorized your dealer to torque the seat fasteners free of charge (parts and labor).

### Rear lower control arm bolt and nut replacement

## Campaign/NHTSA#

21S11/21V154

## Issue Date

2021-03-10

## Description

These vehicles were produced with rlca bolts that are missing heat treatment.

## Safety Risk

A rlca attachment bolt with missing heat treatment may fracture while driving. Fracture of a rlca attachment bolt diminishes steering control and may increase the risk of an accident.

## Remedy

Owners will be notified by mail and instructed to take their vehicle to a Ford or Lincoln dealer to have both left and right hand rlca bolts replaced. There will be no charge for this service. Ford is excluding reimbursement for costs because the original warranty program would provide for a free repair for this concern. Ford will forward a copy of the notification letters to dealers to the agency when available.

| Mechanical seat recliner |
|---|

## Campaign/NHTSA#

19C07/19V633

## Issue Date

2019-08-28

## Description

On your vehicle, one or more of the seatbacks may have an improperly assembled recliner mechanism.

## Safety Risk

A seatback with an improperly assembled recliner mechanism may have reduced strength and may not adequately restrain an occupant in the event of a crash, increasing the risk of injury.

## Remedy

Ford Motor Company has authorized your dealer to inspect the seat backs and replace it if necessary free of charge (parts and labor).

## Campaign/NHTSA#

19S32/19V687

## Issue Date

2019-09-30

## Description

The wiring harness is not secured and may contact the air conditioning (a/c) pulley, resulting in a damaged wiring harness or damaged a/c drive belt.

## Safety Risk

If the wiring harness is not secured properly, the harness may inadvertently contact the air conditioning pulley. Over time, contact with the a/c pulley may rub through the wire harness insulation creating the potential for contact with the unfused b+ circuit resulting in a short circuit and potential fire.

## Remedy

Owners will be notified by mail and instructed to take their vehicle to a Ford or Lincoln dealer to have a tie strap installed to the wiring harness at the right hand shock tower compression clip. There will be no charge for this service. Ford is excluding reimbursement for costs because the original warranty program would provide for a free repair for this concern. Ford will forward a copy of the notification letters to dealers to the agency when available.

# Fuel line hard contact

## Campaign/NHTSA#

19S49/19V859

## Issue Date

2019-12-04

## Description

On your vehicle, the liquid fuel line may have been assembled with a protective sleeve that is not long enough.

## Safety Risk

This may allow for potential hard contact with the protected vapor fuel line. Over time, the protective sleeve on the vapor fuel line may chafe through the plastic liquid fuel line and cause a fuel leak. A fluid leak at the top of the engine compartment could contact hot engine components, increasing the risk of fire.

## Remedy

Parts are now available to repair your vehicles. Ford Motor Company has authorized your dealer to inspect vehicles for a full length yellow-colored protective sleeve and a tie strap on the liquid fuel line. If the protective sleeve does not cover the full length of the liquid fuel line or if there is no tie strap present, dealers will remove the existing protective sleeve and replace with the correct length sleeve and secure it with a tie strap in the instructed location.

# Rear axle bolt fractures

## Campaign/NHTSA#

23S16/23V199

## Issue Date

2023-03-24

## Description

On your vehicle, it may be possible that your powertrain control module pcm did not receive the correct software calibration during safety recall 22S27. If the pcm is not at the correct calibration it may prevent the electronic parking brake from applying automatically when the vehicle is shifted into park p.

## Safety Risk

Vehicles without the proper remedy to safety recall 22S27 will not include an automatic electronic park brake apply when the vehicle is shifted to park. The remedy for safety recall 22S27 was implemented to address the risk of a rear axle mounting bolt that may fracture during vehicle acceleration. A fractured rear axle bolt will allow the rear axle housing to move out of position, resulting in severe noise and vibration. If the rear axle bolt breaks, the driveshaft or halfshafts may become disconnected, resulting in loss of the vehicles forward power and loss of transmission torque to the rear wheels. Loss of the vehicles forward power increases the risk of crash and injury. Transmission torque is necessary to hold the vehicle in park and is also needed for the vehicle to move forward or backward. The loss of the primary park torque will allow the vehicle to roll in park if the parking brake is not applied, increasing the risk of crash and injury.

## Remedy

Ford Motor Company has authorized your dealer to reprogram the powertrain control module pcm free of charge parts and labor. This pcm update will engage the electronic parking brake every time the vehicle is shifted into park p. An engaged parking brake will not allow the vehicle to roll. In addition, for your peace of mind, Ford Motor Company will provide a one- time repair of the rear axle bolts and housing if needed under customer satisfaction program 22N06. 22N06 provides the one-time repair for 10 years or 150,000 miles from the warranty start date - whichever comes first.

# 2020-2021 aviator, explorer, CORSAIR-REAR/360 camera ipmb blue screen

## Campaign/NHTSA#

21S44/21V735

## Issue Date

2021-09-23

## Description

On your vehicle, the 360-DEGREE camera display, which includes the rear-view camera, may intermittently display a blue image on the media touchscreen upon shifting into reverse.

## Safety Risk

The loss of rearview camera image during a backing event can reduce the drivers view of what is behind the vehicle, increasing the risk of a crash.

## Remedy

Ford Motor Company has authorized your dealer to reprogram the image processing module b ipmb free of charge parts and labor.

---

Rear view camera improper function - parts availability varies based on ...

## Campaign/NHTSA#

20C19/20V575

## Issue Date

2020-09-23

## Description

On your vehicle, the rear view camera could intermittently display a blank or distorted image.

## Safety Risk

A rear view camera a rear view camera that intermittently displays a blank or distorted image may reduce the driver s view of what is behind the vehicle increasing the risk of a crash.

## Remedy

Parts are now available to repair your vehicle. Ford Motor Company has authorized your dealer to replace the rear view camera free of charge (parts and labor).

---

Front right-hand side engine mount fastener replacement

## Campaign/NHTSA#

20S72/20V788

## Issue Date

2020-12-18

## Description

On your vehicle, the front right-hand-side engine mount bolts and nuts may become loose.

## Safety Risk

This may result in noise and vibration, oil leak, and engine damage. It could lead to potential axle disconnect from the engine and loss of power.

## Remedy

Ford Motor Company has authorized your dealer to replace the front right-hand-side engine-mount fasteners free of charge (parts and labor).

Integrated computer screen software update

## Campaign/NHTSA#

23C14/23V305

## Issue Date

2023-05-01

## Description

If you turn your vehicles display onoff button to off prior to placing the vehicle in reverse, the rearview camera image will not appear on the display.

## Safety Risk

A rear-view camera that does not display an image reduces the drivers rear view, increasing the risk of a crash and injury.

## Remedy

Software is now available to repair your vehicle. Ford Motor Company has authorized your dealer to update the integrated computer screen software free of charge parts and labor.

Inoperative rear 360 degree camera with a blue screen

## Campaign/NHTSA#

23S23/23V342

## Issue Date

2023-05-12

## Description

You may intermittently experience a rear camera blue or black image on the sync screen when the vehicle is placed in reverse or when the 360 degree view is selected and available during low-speed operation. Once displayed, the rear camera blue or black image may persist for the remainder of the ignition on cycle. Once present, the issue is likely to reoccur on subsequent key cycles.

## Safety Risk

The loss of the rear camera image while in reverse increases the risk of a crash.

## Remedy

Currently, Ford Motor Company does not have a permanent fix available. If you observe a blue or black screen on the rearview 360 degree camera when in reverse, Ford has authorized your dealer to update the camera systems software as an interim repair prior to availability of the permanent fix. The interim repair is anticipated to become available beginning the week of August 7, 2023 and is being offered free of charge parts and labor.

### Nineteen gallon fuel tank improper weld

## Campaign/NHTSA#

20S68/20V730

## Issue Date

2020-11-24

## Description

The fuel tank inlet check valve may not be fully welded to the fuel tank shell.

## Safety Risk

An incomplete weld securing the inlet check valve to the fuel tank shell could result in a substantial fuel leak during a crash, increasing the risk of fire.

## Remedy

Owners will be notified by mail and instructed to take their vehicle to a Ford or Lincoln dealer to have the fuel tank shell replaced. There will be no charge for this service.

## Factory mode disable and manual park release cover inspection

### Campaign/NHTSA#

19C06/19V575

### Issue Date

2019-08-05

### Description

On your vehicle, the manual park release (mpr) cover may not have been properly installed, and factory mode may be enabled on the instrument cluster.

### Safety Risk

Vehicles with the mpr cover not installed may have the mpr lever inadvertently engage, which could result in unintended vehicle movement or roll away, if the electronic park brake is not applied, increasing the risk of injury or crash. If vehicle is in factory mode you may have warning alerts and chimes that are not fully functioning. If the driver is not alerted to certain warnings, it may also increase the risk of a crash

### Remedy

Ford Motor Company has authorized your dealer to inspect the mpr lever position and install the cover if missing and verify and verify that the instrument cluster is out of factory mode free of charge (parts and labor).

## Powertrain control module update

### Description

Powertrain control module update

### Campaign#

21E08

## Explorer body control module software update

### Description

Explorer body control module software update

### Campaign#

23C12

### Seat belt reminder audible alert

### Description

Seat belt reminder audible alert

### Campaign#

22C25

### 2020-21 explorer 3.0L lh inlet exhaust leaks

### Description

2020-21 explorer 3.0L lh inlet exhaust leaks

### Campaign#

21E11

 ## Customer Satisfaction Programs *

### Description

Right-hand catalytic converter and right-hand and left-hand exhaust flexible pipe(s) inspection

### Campaign#

21B35

## Description

Driver passenger airbag module quality control inspection

## Campaign#

22B05

## Description

Replace front and or side cameras if foggy

## Campaign#

22M03

## Description

2020-2021 explorer and escape window switch chrome plating peeling

## Campaign#

22B37

## Description

Power window switch chrome tip replacement

## Campaign#

22N17

## Description

Transmission oil cooler

## Campaign#

20B34

## Description

Balance shaft and oil pump assembly inspection

## Campaign#

19B24

## Description

Front door latches and key replacement

## Campaign#

21N13

## Description

Electromagnetic compatibility upgrade

## Campaign#

22G07

## Description

Rear axle bolt replacement

## Campaign#

22N06

# Description

Reprogram powertrain control module

# Campaign#

22P16

# Description

10R80 transmission pinion gear washers

# Campaign#

20U17

# Description

Transmission shift hesitation dtcs P062C P2243

# Campaign#

20B19

# Description

Esc mode settings incorrectly configured

# Campaign#

22P21

*Check to see if you have any open campaigns specific to your vehicle by entering your VIN below.