# Exhibit 12

OMB Control No.: 2127-0004

# Part 573 Safety Recall Report     23V-022

| | |
|---|---|
| **Manufacturer Name:** | Ford Motor Company |
| **Submission Date:** | JAN 23, 2023 |
| **NHTSA Recall No.:** | 23V-022 |
| **Manufacturer Recall No.:** | 23S02 |



**Manufacturer Information:**
Manufacturer Name: Ford Motor Company
Address: 330 Town Center Drive
Suite 500 Dearborn MI 48126-2738
Company phone: 1-866-436-7332

**Population:**
Number of potentially involved: 382,759
Estimated percentage with defect: 100 %

**Vehicle Information:**

Vehicle 1: 2020-2023 Ford Explorer
Vehicle Type: LIGHT VEHICLES
Body Style: ALL
Power Train: NR
Descriptive Information: The prior version software was introduced into production on 10/19/2018 at the Chicago Assembly Plant and was taken out of production on 01/03/2023.

This condition affects certain Explorer vehicles equipped with the 360-degree camera; units with the rearview camera only are not affected.

These vehicles are not produced in VIN order. Information as to the applicability of this action to specific vehicles can best be obtained by either calling Ford's toll-free line (1-866-436-7332) or by contacting a local Ford or Lincoln dealer who can obtain specific information regarding the vehicles from the Ford On-line Automotive Service Information System (OASIS) database.

279,700 Explorer vehicles are affected.

Production Dates: OCT 19, 2018 - JAN 03, 2023
VIN Range 1: Begin: NR    End: NR    ☐ Not sequential

|  |  |
|---:|:---|
| Vehicle 2 : | 2020-2023 Lincoln Aviator |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | ALL |
| Power Train : | NR |
| Descriptive Information : | The prior version software was introduced into production on 10/19/2018 at the Chicago Assembly Plant and was taken out of production on 01/03/2023 |
|  | This condition affects certain Aviator vehicles equipped with the 360-degree camera; units with the rearview camera only are not affected. |
|  | These vehicles are not produced in VIN order. Information as to the applicability of this action to specific vehicles can best be obtained by either calling Ford's toll-free line (1-866-436-7332) or by contacting a local Ford or Lincoln dealer who can obtain specific information regarding the vehicles from the Ford On-line Automotive Service Information System (OASIS) database. |
|  | 72,699 Aviator vehicles are affected. |
| Production Dates : | OCT 19, 2018 - JAN 03, 2023 |
| VIN Range 1 : Begin : | NR    End : NR    ☐ Not sequential |

|  |  |
|---:|:---|
| Vehicle 3 : | 2020-2022 Lincoln Corsair |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | ALL |
| Power Train : | NR |
| Descriptive Information : | The prior version software was introduced into production on 09/17/2019 at the Louisville Assembly Plant and was taken out of production on 12/15/2022 |
|  | This condition affects certain Corsair vehicles equipped with the 360-degree camera; units with the rearview camera only are not affected. |
|  | These vehicles are not produced in VIN order. Information as to the applicability of this action to specific vehicles can best be obtained by either calling Ford's toll-free line (1-866-436-7332) or by contacting a local Ford or Lincoln dealer who can obtain specific information regarding the vehicles from the Ford On-line Automotive Service Information System (OASIS) database. |
|  | 30,360 Corsair vehicles are affected. |
| Production Dates : | SEP 17, 2019 - DEC 15, 2022 |
| VIN Range 1 : Begin : | NR    End : NR    ☐ Not sequential |

**Description of Defect :**

| | |
|---|---|
| Description of the Defect : | The video information from one or more of the 360 cameras, which includes the rear view camera, may fail to feed to the SYNC display screen during some key cycles. The issue is intermittent and may recover during subsequent ignition cycles. Once present, the issue will likely reoccur on the same camera (s) intermittently. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | Loss of rear camera image while reversing increases the risk of a crash. |
| Description of the Cause : | If a loss of video frames is detected by the Image Processing Module – B (IPMB) the module's response is to display a blue image instead of re-initialize the video pipeline. |
| Identification of Any Warning that can Occur : | None. |

**Involved Components :**

| | |
|---|---|
| Component Name 1 : | Rear Camera |
| Component Description : | Explorer |
| Component Part Number : | LB5T-19G490-D |

| | |
|---|---|
| Component Name 2 : | Rear Camera |
| Component Description : | Aviator |
| Component Part Number : | LC5T-19G490-D |

| | |
|---|---|
| Component Name 3 : | Rear Camera |
| Component Description : | Corsair |
| Component Part Number : | LJ7T-19G490-B |

| | |
|---|---|
| Component Name 4 : | IPMB |
| Component Description : | Explorer |
| Component Part Number : | LB5T-19H423-A |

Component Name 5 : IPMB
Component Description : Aviator
Component Part Number : LC5T-19H423-A

Component Name 6 : IPMB
Component Description : Corsair
Component Part Number : LJ7T-19H423-A

**Supplier Identification :**

### Component Manufacturer

Name : Valeo
Address : 150 Stephenson Hwy
Troy Michigan 48083
Country : United States

**Chronology :**

Chronology is provided as an attachment

**Description of Remedy :**

Description of Remedy Program : Owners will be notified by mail and instructed to take their vehicle to a Ford or Lincoln dealer to have the image processing module (IPMB) software updated. There will be no charge for this service.

Ford provided the general reimbursement plan for the cost of remedies paid for by vehicle
owners prior to notification of a safety recall in May 2021. The ending date for reimbursement
eligibility is estimated to be March 10, 2023.

Ford will forward a copy of the notification letters to dealers to the agency when available.

How Remedy Component Differs from Recalled Component : The IPMB software update LB5T-14F017-AY will trigger reinitialization of the camera when loss of video frames are detected.

The information contained in this report was submitted pursuant to 49 CFR §573

| Identify How/When Recall Condition was Corrected in Production : | Not required per 49 Part 573. |
|---|---|

**Recall Schedule :**

| Description of Recall Schedule : | Notification to dealers is expected to occur on January 31, 2023. Mailing of owner notification letters is expected to begin February 20, 2023 and is expected to be completed by February 24, 2023. |
|---|---|
| Planned Dealer Notification Date : | JAN 31, 2023 - JAN 31, 2023 |
| Planned Owner Notification Date : | FEB 20, 2023 - FEB 24, 2023 |

\* NR - Not Reported