# Exhibit 13

# Part 573 Safety Recall Report     23V-342

**Manufacturer Name :** Ford Motor Company
**Submission Date :** MAY 12, 2023
**NHTSA Recall No. :** 23V-342
**Manufacturer Recall No. :** 23S23



**Manufacturer Information :**
Manufacturer Name : Ford Motor Company
Address : 330 Town Center Drive
Suite 500 Dearborn MI 48126-2738
Company phone : 1-866-436-7332

**Population :**
Number of potentially involved : 422,201
Estimated percentage with defect : 100 %

**Vehicle Information :**

Vehicle 1 : 2020-2023 FORD EXPLORER
Vehicle Type : LIGHT VEHICLES
Body Style :
Power Train : NR
Descriptive Information : This condition affects certain Explorer vehicles equipped with the 360-degree camera; units with the rearview
camera only are not affected.
The recalled part was introduced into production on 10/19/2018 and was taken out of production on
05/02/2023.
These vehicles are not produced in VIN order. Information as to the applicability of this action to specific
vehicles can best be obtained by either calling Ford's toll-free line (1-866-436-7332) or by contacting a local
Ford or Lincoln dealer who can obtain specific information regarding the vehicles from the Ford On-line
Automotive Service Information System (OASIS) database.
311,453 Explorer vehicles are affected.

Production Dates : OCT 19, 2018 - MAY 02, 2023
VIN Range 1 : Begin : NR    End : NR    ☐ Not sequential

The information contained in this report was submitted pursuant to 49 CFR §573

| | |
|---:|:---|
| Vehicle 2 : | 2020-2023 LINCOLN AVIATOR |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | |
| Power Train : | NR |
| Descriptive Information : | This condition affects certain Aviator vehicles equipped with the 360-degree camera; units with the rearview camera only are not affected.<br>The recalled part was introduced into production on 10/19/2018 and was taken out of production on 05/02/2023.<br>These vehicles are not produced in VIN order. Information as to the applicability of this action to specific vehicles can best be obtained by either calling Ford's toll-free line (1-866-436-7332) or by contacting a local Ford or Lincoln dealer who can obtain specific information regarding the vehicles from the Ford On-line Automotive Service Information System (OASIS) database.<br>80,314 Aviator vehicles are affected. |
| Production Dates : | OCT 19, 2018 - MAY 02, 2023 |
| VIN Range 1 : Begin : | NR　　End : NR　　☐ Not sequential |

| | |
|---:|:---|
| Vehicle 3 : | 2020-2022 LINCOLN CORSAIR |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | |
| Power Train : | NR |
| Descriptive Information : | This condition affects certain Corsair vehicles equipped with the 360-degree camera; units with the rearview camera only are not affected.<br>The recalled part was introduced into production on 01/07/2019 and was taken out of production on 12/15/2022.<br>These vehicles are not produced in VIN order. Information as to the applicability of this action to specific vehicles can best be obtained by either calling Ford's toll-free line (1-866-436-7332) or by contacting a local Ford or Lincoln dealer who can obtain specific information regarding the vehicles from the Ford On-line Automotive Service Information System (OASIS) database.<br>30,434 Corsair vehicles are affected. |
| Production Dates : | JAN 07, 2019 - DEC 15, 2022 |
| VIN Range 1 : Begin : | NR　　End : NR　　☐ Not sequential |

**Description of Defect :**

| | |
|---|---|
| Description of the Defect : | Customers may intermittently experience either a rear camera blue image or a full blue or black image on the SYNC screen when the vehicle is placed in reverse, or when the 360-degree view is selected and available (during low-speed operation). |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | Loss of rear camera image while in reverse increases the risk of a crash |
| Description of the Cause : | When a loss of video frames in the Image Processing Module – B (IPMB) occurs during the re-initialization process or when the cameras enter sleep mode during re-initialization process, the vehicle is susceptible to rear camera blue image or a full blue or black screen. The root cause for the loss of video frames is still unknown and under investigation. |
| Identification of Any Warning that can Occur : | None |

**Involved Components :**

| | |
|---|---|
| Component Name 1 : | Not reported |
| Component Description : | Not reported |
| Component Part Number : | Not reported |

**Supplier Identification :**

**Component Manufacturer**

| | |
|---|---|
| Name : | Not reported |
| Address : | Not reported |
| | Not reported  Not reported |
| Country : | NR |

**Chronology :**

Chronology is provided as an attachment.

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | The remedy is under development. When a remedy is available, owners will be notified by mail and instructed to take their vehicle to a Ford or Lincoln dealer to have the remedy performed on their vehicle. There will be no charge for this service. Ford provided the general reimbursement plan for the cost of remedies paid for by vehicle owners prior to notification of a safety recall in May 2021. The ending date for reimbursement eligibility is estimated to be June 30, 2024. Ford will forward a copy of the notification letters to dealers to the agency when available. |
| How Remedy Component Differs from Recalled Component : | The remedy is under development. Root cause is unknown. |
| Identify How/When Recall Condition was Corrected in Production : | Not required per 49 Part 573. |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | Notification to dealers is expected to occur on May 12, 2023. Mailing of owner notification letters is expected to begin June 26, 2023, and is expected to be completed by June 30, 2023. |
| Planned Dealer Notification Date : | MAY 12, 2023 - MAY 12, 2023 |
| Planned Owner Notification Date : | JUN 26, 2023 - JUN 30, 2023 |

\* NR - Not Reported