# Exhibit 14

# 2020—2023 Ford Explorer® SUV Safety Recall



**Recall Reference Number: 23S23**

The safety of you and your passengers is of utmost importance. That is why we are issuing a recall on 360-Degree Camera system and Rear View Camera on the 2020–2023 Ford Explorer® SUV.

Engineering is working with our supplier to investigate the root cause of blue screen. We appreciate your patience and will notify you when the remedy is available. Then you can schedule service with a Ford

Dealer to have the recall performed. You can check to see if your vehicle is impacted by entering your VIN here.

Your dealer may even be able to send a mobile technician to you, at your convenience. You can book an appointment online or in your FordPass® App with participating dealers or contact your local Ford Dealer.

If you have any questions or concerns about the Ford Explorer safety recall 23S23, please call us at 1-866-436-7332. A Ford Recall Representative will be happy to assist you.

As always, thank you for being a Ford Owner.

## Frequently Asked Questions

What is the issue tied to this recall?

What is the cause of the issue?

What is the expected repair?

Are vehicles affected by 21S44 and 23S02 part of this recall?

Did the repair for 23S02 not work?

When will you notify customers?

Will there be a charge to customers?

What is Ford the reference number for this recall?

RETAIL OWNERS: If you have questions or concerns, please contact our Ford Customer Relationship Center at 1-866-436-7332 or visit ford.com/support.

FLEET OWNERS: If you have questions or concerns, please contact our Ford Pro™ Contact Center at 1-800-34-FLEET, choose Option #1, and one of our representatives will be happy to assist you. You can also contact us at fleet.ford.com. Representatives are available Monday through Friday, 7:00 a.m. to 11:00 p.m. and Saturday, 7:00 a.m. to 5:00 p.m. ET.

HEARING IMPAIRED: Dial 1-800-232-5952 (TDD). Representatives are available Monday through Friday, 8:00 a.m. to 8:00 p.m. ET.