# Exhibit 15

Support > Warranty

# WARRANTY INFORMATION

## PROTECTION FOR YOUR LINCOLN

Every new Lincoln vehicle comes with a New Vehicle Limited Warranty. You can check your warranty status by submitting your Vehicle's Identification Number (VIN) information below.

## LOGIN

For the optimal experience with this site, sign in to your Lincoln Owner account. If you do not have an account, you can easily register for one.

Sign In     Register

— OR —

## ENTER YOUR VEHICLE'S VIN ⓘ

Enter Your Lincoln VIN

See your warranty

## WARRANTY QUICK GUIDE

The New Vehicle Limited Warranty isn't the only kind of coverage Lincoln has made available. Use this quick guide to find out about our various warranty coverages. The following list of warranties apply only to vehicles sold/bought and located in the United States. Not in the U.S.? Find your regional Ford site here.

Corrosion Warranty

While we never want to see any of our vehicles suffer corrosion, we do offer excellent coverage in the unlikely event that it happens. Learn More

New Vehicle Limited Warranty

The Limited Warranty covers all parts on the vehicle that require repair, replacement or adjustment as a result of a manufacturing defect in factory-supplied materials or factory workmanship. Learn More

Hybrid and Electric Vehicle Unique Component Coverage

The components in the electric drivetrain system of your vehicle will vary depending on whether your vehicle is a hybrid, plug-in hybrid, or all-electric vehicle. Learn More

Powertrain Warranty

The Limited Warranty covers all parts on the vehicle that require repair, replacement or adjustment as a result of a manufacturing defect in factory-supplied materials or factory workmanship. Learn More

Diesel Engine Coverage

This limited warranty applies to direct-injection diesel engines. Learn More

Safety Restraint Warranty

Under the factory warranty, your Lincoln vehicle's airbag Supplemental Restraint System, or SRS, and safety belts are covered for five years or 60,000 miles, whichever comes first.