# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| NEIL DORFMAN, TRAVIS CORBY, CHAD HOBSON and ALLEN DAVIS individually and on behalf of all others similarly situated, | Case No.: 2:23-cv-12312-SFC-APP |
| Plaintiffs, | Hon. Sean F. Cox |
| v. | Magistrate Judge Anthony P. Patti |
| FORD MOTOR COMPANY, a Delaware Corporation, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs Neil Dorfman, Travis Corby, Chad Hobson, and Allen Davis, by and through their undersigned counsel of record, voluntarily dismiss their claims in the above-referenced action without prejudice. Since Defendant has not yet filed an answer to the complaint, this Notice operates as a dismissal without prejudice and closes the case.

Dated: November 1, 2023 Respectfully submitted,

By: /s/ E. Powell Miller
    E. Powell Miller (P39487)
    Sharon Almonrode (P33938)
    Emily E. Hughes (P68724)
    Dennis A. Lienhardt (P81118)
    Mitchell Kendrick (P83705)
    **THE MILLER LAW FIRM, P.C.**
    950 W University Dr # 300,
    Rochester, Michigan 48307
    Telephone: (248) 841-2200
    epm@millerlawpc.com
    ssa@millerlawpc.com
    eeh@millerlawpc.com
    dal@millerlawpc.com
    wk@millerlawpc.com

    Richard D. McCune
    David C. Wright
    Derek Y. Brandt
    Leigh M. Perica
    MCCUNE LAW GROUP
    3281 E. Guasti, Road, Suite 100
    Ontario, California 91761
    Telephone: (909) 557-1250
    Facsimile: (909) 557-1275
    rdm@mccunewright.com
    dcw@mccunewright.com
    dyb@mccunewright.com
    lmp@mccunewright.com

    *Attorneys for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

By: <u>/s/ E. Powell Miller</u><br>
E. Powell Miller (P39487)